| United States Bankruptcy Court<br>District of Delaware | **Voluntary Petition** |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**XStream Systems, Inc.** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all)<br>**20-1180466** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br>**10305 102nd Terrace**<br>**Suite 102**<br>**Sebastian, FL** ZIP Code **32958** | Street Address of Joint Debtor (No. and Street, City, and State):<br>ZIP Code |
| County of Residence or of the Principal Place of Business:<br>**Indian River** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>ZIP Code | Mailing Address of Joint Debtor (if different from street address):<br>ZIP Code |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | |

| Type of Debtor<br>(Form of Organization)<br>(Check one box) | Nature of Business<br>(Check one box) | Chapter of Bankruptcy Code Under Which<br>the Petition is Filed (Check one box) |
|---|---|---|
| ☐ Individual (includes Joint Debtors)<br>*See Exhibit D on page 2 of this form.*<br>■ Corporation (includes LLC and LLP)<br>☐ Partnership<br>☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.) | ☐ Health Care Business<br>☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)<br>☐ Railroad<br>☐ Stockbroker<br>☐ Commodity Broker<br>☐ Clearing Bank<br>☐ Other | ☐ Chapter 7<br>☐ Chapter 9<br>■ Chapter 11<br>☐ Chapter 12<br>☐ Chapter 13    ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding<br>☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding |
| | **Tax-Exempt Entity**<br>(Check box, if applicable)<br>☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code). | **Nature of Debts**<br>(Check one box)<br>☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."    ■ Debts are primarily business debts. |

| Filing Fee (Check one box) | Chapter 11 Debtors |
|---|---|
| ■ Full Filing Fee attached<br><br>☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.<br><br>☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B. | Check one box:<br>☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).<br>■ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).<br>Check if:<br>☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,343,300 *(amount subject to adjustment on 4/01/13 and every three years thereafter).*<br>Check all applicable boxes:<br>☐ A plan is being filed with this petition.<br>☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b). |

| Statistical/Administrative Information | THIS SPACE IS FOR COURT USE ONLY |
|---|---|
| ■ Debtor estimates that funds will be available for distribution to unsecured creditors.<br>☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors. | |

Estimated Number of Creditors

| ☐<br>1-49 | ■<br>50-99 | ☐<br>100-199 | ☐<br>200-999 | ☐<br>1,000-5,000 | ☐<br>5,001-10,000 | ☐<br>10,001-25,000 | ☐<br>25,001-50,000 | ☐<br>50,001-100,000 | ☐<br>OVER 100,000 |
|---|---|---|---|---|---|---|---|---|---|

Estimated Assets

| ☐<br>$0 to $50,000 | ☐<br>$50,001 to $100,000 | ☐<br>$100,001 to $500,000 | ■<br>$500,001 to $1 million | ☐<br>$1,000,001 to $10 million | ☐<br>$10,000,001 to $50 million | ☐<br>$50,000,001 to $100 million | ☐<br>$100,000,001 to $500 million | ☐<br>$500,000,001 to $1 billion | ☐<br>More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|

Estimated Liabilities

| ☐<br>$0 to $50,000 | ☐<br>$50,001 to $100,000 | ☐<br>$100,001 to $500,000 | ■<br>$500,001 to $1 million | ☐<br>$1,000,001 to $10 million | ☐<br>$10,000,001 to $50 million | ☐<br>$50,000,001 to $100 million | ☐<br>$100,000,001 to $500 million | ☐<br>$500,000,001 to $1 billion | ☐<br>More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|

| **Voluntary Petition**<br>*(This page must be completed and filed in every case)* | Name of Debtor(s):<br>**XStream Systems, Inc.** | |
|---|---|---|

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet) | | |
|---|---|---|
| Location<br>Where Filed:  **- None -** | Case Number: | Date Filed: |
| Location<br>Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet) | | |
|---|---|---|
| Name of Debtor:<br>**- None -** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>☐ Exhibit A is attached and made a part of this petition. | (To be completed if debtor is an individual whose debts are primarily consumer debts.)<br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b).<br><br>X _____<br>  Signature of Attorney for Debtor(s)          (Date) |

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

■ No.

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box)

■  Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐  There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐  Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes)

☐  Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)


_____
(Address of landlord)

☐  Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐  Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐  Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

| **Voluntary Petition**<br>*(This page must be completed and filed in every case.)* | Name of Debtor(s):<br>XStream Systems, Inc. |
|---|---|

| **Signatures** | |
|---|---|
| **Signature(s) of Debtor(s) (Individual/Joint)** | **Signature of a Foreign Representative** |

<table>
<tr>
<td>

I declare under penalty of perjury that the information provided in this petition is true and correct.

[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.

[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
   Signature of Debtor

X _____
   Signature of Joint Debtor

   Telephone Number (if not represented by attorney)

   Date

</td>
<td>

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. § 1515 are attached.

☐ Pursuant to 11 U.S.C. § 1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
   (Signature of Foreign Representative)

   (Printed Name of Foreign Representative)

   Date

</td>
</tr>
</table>

| **Signature of Attorney\*** | **Signature of Non-Attorney Bankruptcy Petition Preparer** |
|---|---|

<table>
<tr>
<td>

X _____
   Signature of Attorney for Debtor(s)
   Jamie L. Edmonson (No. 4247)
   Printed Name of Attorney for Debtor(s)
   Bayard, P.A.
   Firm Name
   222 Delaware Avenue, Suite 900
   Wilmington, DE 19801
   Address
   (302) 655-5000 Fax: (302) 658-6395
   Telephone Number
   04/08/2011
   Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

</td>
<td>

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankruptcy petition preparer is not an individual, state the Social-Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.) (Required by 11 U.S.C. § 110.)

</td>
</tr>
</table>

| **Signature of Debtor (Corporation/Partnership)** | |
|---|---|

<table>
<tr>
<td>

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests the relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X ~~Kim Hetzel Salibello~~
   Signature of Authorized Individual
   Kim Hetzel Salibello
   Printed Name of Authorized Individual
   Chief Restructuring Officer
   Title of Authorized Individual
   04/08/2011
   Date

</td>
<td>

_____
Address

X _____
   Date

Signature of bankruptcy petition preparer or officer, principal, responsible person, or partner whose Social-Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual.

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.*

</td>
</tr>
</table>

# United States Bankruptcy Court
## District of Delaware

In re __XStream Systems, Inc.__

Debtor(s)

Case No. _____

Chapter __11__

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or chapter 9*] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1)<br><br>*Name of creditor and complete mailing address including zip code* | (2)<br><br>*Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3)<br><br>*Nature of claim (trade debt, bank loan, government contract, etc.)* | (4)<br><br>*Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5)<br><br>*Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| **Barnes & Thornburg, LLP**<br>**11 South Meridian St.**<br>**Indianapolis, IN 46204** | **Barnes & Thornburg, LLP**<br>**11 South Meridian St.**<br>**Indianapolis, IN 46204** | **Trade Debt** | | **30,840.08** |
| **Bowne of Atlanta**<br>**P.O. Box 101691**<br>**Atlanta, GA 30392-1691** | **Bowne of Atlanta**<br>**P.O. Box 101691**<br>**Atlanta, GA 30392-1691** | **Trade Debt** | | **632,185.10** |
| **Chidoni, Anthony**<br>**c/o Robinson & Cole**<br>**1055 Washington Boulevard**<br>**Stamford, CT 06901-2249** | **Chidoni, Anthony**<br>**c/o Robinson & Cole**<br>**1055 Washington Boulevard**<br>**Stamford, CT 06901-2249** | **Loans** | | **45,000.00** |
| **Clock, Alan**<br>**740 Champions Close**<br>**Alpharetta, GA 30004** | **Clock, Alan**<br>**740 Champions Close**<br>**Alpharetta, GA 30004** | **Salary Deferral** | | **171,635.00** |
| **Cummings and Associates**<br>**One Landmark Square**<br>**Suite 1100**<br>**Stamford, CT 06901** | **Cummings and Associates**<br>**One Landmark Square**<br>**Suite 1100**<br>**Stamford, CT 06901** | **Trade Debt** | | **54,000.00** |
| **Cummings, Dennis**<br>**9 Morley La.**<br>**Darien, CT 06820** | **Cummings, Dennis**<br>**9 Morley La.**<br>**Darien, CT 06820** | **Loans** | | **35,181.00** |
| **Greenberg Traurig**<br>**5100 TOWN CENTER CIRCLE**<br>**SUITE 400**<br>**Boca Raton, FL 33486** | **Greenberg Traurig**<br>**5100 TOWN CENTER CIRCLE**<br>**SUITE 400**<br>**Boca Raton, FL 33486** | **Trade Debt** | **Disputed** | **815,611.07** |
| **Haley, Michael**<br>**12121 West End**<br>**North Palm Beach, FL 33408** | **Haley, Michael**<br>**12121 West End**<br>**North Palm Beach, FL 33408** | **Loans** | | **25,000.00** |
| **Irish, Simon**<br>**c/o Robinson & Cole**<br>**1055 Washington Boulevard**<br>**Stamford, CT 06901-2249** | **Irish, Simon**<br>**c/o Robinson & Cole**<br>**1055 Washington Boulevard**<br>**Stamford, CT 06901-2249** | **Loans** | | **45,000.00** |
| **Jennings, William**<br>**852 Village Road**<br>**North Palm Beach, FL 33408** | **Jennings, William**<br>**852 Village Road**<br>**North Palm Beach, FL 33408** | **Loans** | | **25,000.00** |
| **Kennedy, Robert**<br>**241 Sundial Court**<br>**Vero Beach, FL 32963** | **Kennedy, Robert**<br>**241 Sundial Court**<br>**Vero Beach, FL 32963** | **Loans** | | **35,000.00** |

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1)<br><br>Name of creditor and complete mailing address including zip code | (2)<br><br>Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3)<br><br>Nature of claim (trade debt, bank loan, government contract, etc.) | (4)<br><br>Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5)<br><br>Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| Lovejoy, Walter<br>11265 Old Harbour Road<br>North Palm Beach, FL 33408 | Lovejoy, Walter<br>11265 Old Harbour Road<br>North Palm Beach, FL 33408 | Loans | | 25,000.00 |
| Mayo, Brian<br>320 Reef Rd.<br>Vero Beach, FL 32963 | Mayo, Brian<br>320 Reef Rd.<br>Vero Beach, FL 32963 | Loan 180+ days | | 547,458.00 |
| McGladrey & Pullen<br>5155 Paysphere Circle<br>Chicago, IL 60674 | McGladrey & Pullen<br>5155 Paysphere Circle<br>Chicago, IL 60674 | Trade Debt | | 815,049.33 |
| Melone, Joseph<br>1020 Lake House Drive<br>North Palm Beach, FL 33408 | Melone, Joseph<br>1020 Lake House Drive<br>North Palm Beach, FL 33408 | Loans | | 35,000.00 |
| Micciche, Paul<br>147 Filbert St.<br>Sebastian, FL 32958 | Micciche, Paul<br>147 Filbert St.<br>Sebastian, FL 32958 | Deferred Salary | | 94,230.00 |
| R David Collin Trust 3/17/99<br>579 N.E. Plantation Rd.<br>Apt. 307<br>Stuart, FL 34996 | R David Collin Trust 3/17/99<br>579 N.E. Plantation Rd.<br>Apt. 307<br>Stuart, FL 34996 | Debenture | | 50,000.00 |
| Rutgers University<br>Office of Corp. Liason and Tech Transfer<br>3 Rutgers Plaza<br>New Brunswick, NJ 08901 | Rutgers University<br>Office of Corp. Liason and Tech Transfer<br>3 Rutgers Plaza<br>New Brunswick, NJ 08901 | Trade Debt | Disputed | 1,301,700.00 |
| Stringer, Goeffrey<br>11995 Turtle Beach Road<br>North Palm Beach, FL 33408 | Stringer, Goeffrey<br>11995 Turtle Beach Road<br>North Palm Beach, FL 33408 | Loans | | 25,000.00 |
| Waldo Development Inc.<br>585 SW Biltmore St.<br>Port Saint Lucie, FL 34983 | Waldo Development Inc.<br>585 SW Biltmore St.<br>Port Saint Lucie, FL 34983 | Trade Debt | | 115,015.43 |

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the Chief Restructuring Officer of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date   **April 8, 2011**                    Signature   *Kim Hetzel Salbello*
                                            **Kim Hetzel Salbello**
                                            **Chief Restructuring Officer**

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

Software Copyright (c) 1996-2011 CCH INCORPORATED - www.bestcase.com                    Best Case Bankruptcy

# United States Bankruptcy Court
## District of Delaware

In re    XStream Systems, Inc.                          ,    Case No. _____

                                    Debtor

Chapter _____ 11 _____

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with Rule 1007(a)(3) for filing in this chapter 11 case.

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| 52 River Course Associates LLC<br>7070 SE Golf Ridge Way<br>Hobe Sound, FL 33455 | | 41,666 | Series B |
| Alan Austin Living Trust<br>80-760 Vista Bonita Trail<br>La Quinta, CA 92253 | | 13,333 | Series D |
| Ancey, James<br>360 Madison Ave, 3rd Floor<br>New York, NY 10017 | | 13,158 | Common |
| Barrett, Peter<br>1255 Lake Worth Lane<br>North Palm Beach, FL 33408 | | 26,316 | Series A |
| Bell, Debbie & Scott<br>4746 Pebble Bay Circle<br>Vero Beach, FL 32963 | | 7,137 | Series A |
| Bennett, James<br>925 Palm Way Road<br>North Palm Beach, FL 33408 | | 16,666 | Series B |
| Bernhart, James<br>313 Regent Woods Road<br>Northfield, IL 60093 | | 6,579 | Series A |
| Bracken, Judith M<br>160 North Shore Point<br>Vero Beach, FL 32963 | | 16,812 | Series B |
| Bracken, Robert<br>160 North Shore Point<br>Vero Beach, FL 32963 | | 16,812 | Series B |
| Brown, Jeff<br>4908 Easter Circle<br>Orlando, FL 32808 | | 50 | Common |
| Butler, Christie<br>3075 Par Drive<br>Vero Beach, FL 32963 | | 72,640 | Common |

___8___   continuation sheets attached to List of Equity Security Holders

In re    **XStream Systems, Inc.**                                    Case No. _____

_____

Debtor

# LIST OF EQUITY SECURITY HOLDERS
(Continuation Sheet)

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| Butler, Mark<br>92 Beacon Street<br>Boston, MA 02108 | | 16,750 | Series D |
| Calcagnini, Arthur<br>890 Palm Way<br>North Palm Beach, FL 33408 | | 13,158 | Series A |
| Cantanzaro, Michael<br>30 Caribe Way<br>Orchid, FL 32963 | | 8,333 | Series B |
| Carroll, Susan M.<br>11533 Pebble Creek Dr.<br>Lutherville, MD 21093 | | 10,666 | Common |
| Chidoni, Anthony<br>671 Mareno Avenue<br>Los Angeles, CA 90049 | | 83,333 | Series B |
| Chu, Tom<br>229 Highland Ave<br>Arlington, MA 02476 | | 800 | Common |
| Coakley, Joe<br>2050 Pine Creek Blvd #205<br>Vero Beach, FL 32966 | | 100 | Common |
| Collins, Debi | | 72 | Common |
| Conroy, Edward D<br>1807 Melaleuca Dr<br>Fort Pierce, FL 34949 | | 100 | Common |
| Cook, Tom<br>141 Coquille Way<br>Vero Beach, FL 32963 | | 13,158 | Common |
| Cornacchia, Joseph<br>6501 South Flagler Drive<br>West Palm Beach, FL 33405 | | 13,158 | Series A |
| Coyne, James<br>14264 Stroller Way<br>Wellington, FL 33414 | | 6,579 | Series A |
| Cummings, Dennis<br>9 Morley Lane<br>Darien, CT 06820 | | 13,158 | Series A |

Sheet  **1**  of  **8**  continuation sheets attached to the List of Equity Security Holders

In re    **XStream Systems, Inc.**                                      Case No. _____

                                          ,
                            Debtor

# LIST OF EQUITY SECURITY HOLDERS
### (Continuation Sheet)

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Dalton, John**<br>**69 Farrell Drive**<br>**Middletown, NJ 07748** | | **5,000** | Series B |
| **Delaire, Alvin**<br>**550 Okeechobee Blvd**<br>**West Palm Beach, FL 33401** | | **6,579** | Series A |
| **Delaire, Carole** | | **5,000** | Series B |
| **Delaire, Jane**<br>**445 W. 23rd Street Apt 10E**<br>**New York, NY 10011** | | **6,579** | Series A |
| **Derracott Vaughan, Jr., MD, Edwin**<br>**525 East 68th Street**<br>**New York, NY 10021** | | **10,000** | Series D |
| **Deturris, Vince**<br>**595 Reef Rd**<br>**Vero Beach, FL 32963** | | **5,000** | Common |
| **Dircks Living Trust**<br>**109 Jennifer Dr.**<br>**Chester, NH 03036-4121** | | **2,500** | Common |
| **Dozier, Charles**<br>**5076 Liberty Creek Dr**<br>**Jacksonville, FL** | | **2,499** | Common |
| **Dunbar, Ronald H**<br>**211 Indian Harbor**<br>**Vero Beach, FL 32963** | | **6,579** | common |
| **Durand, Dan**<br>**1631 SE Pomeroy St.**<br>**Stuart, FL 34997** | | **8,638** | common |
| **Edison, John**<br>**11403 Turtle Beach Road**<br>**North Palm Beach, FL 33408** | | **13,158** | Series A |
| **Fava, Dick**<br>**5920 Clubhouse Drive**<br>**Vero Beach, FL 32967** | | **16,666** | Series B |
| **Feldman Partners**<br>**2001 Butterfield Road, Suite 170**<br>**Downers Grove, IL 60521** | | **6,579** | Series A |

Sheet  **2**  of  **8**  continuation sheets attached to the List of Equity Security Holders

In re     **XStream Systems, Inc.**        Case No. _____

,

Debtor

# LIST OF EQUITY SECURITY HOLDERS
(Continuation Sheet)

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| Ferro, Dennis<br>100 Dove Plum Road<br>Vero Beach, FL 32963 | | 16,666 | Series D |
| Frye, Doug<br>724 Tides Rd<br>Vero Beach, FL 32963 | | 10,666 | Common |
| Gaylord Brooks Investments | | 31,998 | Common |
| Gibb, Robert<br>199 Island Cir.<br>Vero Beach, FL 32963 | | 16,812 | Series B |
| Girling, Robert<br>872 Robin Hood Dr.<br>Allentown, PA 18103 | | 33,333 | Series B |
| Gruber, Jack<br>608 Northwest Blvd., Suite 300<br>Coeur d'Alene, ID 83814 | | 67,251 | Series B |
| Hamilton, Dr. William  Garnett<br>343 West 58th Street<br>New York, NY 10019 | | 16,666 | Series D |
| Hayes, Samuel<br>261 Indian Harbor Rd<br>Vero Beach, FL 32963 | | 6,579 | Common |
| Helfrecht, Walter F.<br>35 Hutchinson Rd<br>Allentown, NJ 08501 | | 195,000 | Common |
| HLG, LLC, James Lowrey<br>c/o James Lowrey , 12032 East End<br>North Palm Beach, FL 33408 | | 87,111 | Series A |
| Hollenbach, John D. & Donna T.<br>1004 Colworth Way<br>Raleigh, NC 27614 | | 42,664 | Common |
| Horne, Barry<br>110 Salazar Lane<br>Sebastian, FL 32958 | | 3,300 | Common |
| Ireland, Maillie (&Glenn)<br>2701 Lockerbie Circle<br>Birmingham, AL 35223 | | 21,332 | Common |

Sheet   **3**   of   **8**   continuation sheets attached to the List of Equity Security Holders

# LIST OF EQUITY SECURITY HOLDERS
(Continuation Sheet)

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Irish, Simon**<br>**1 Union Square South, Apt 14L**<br>**New York, NY 10003** | | **100,000** | **Series D** |
| **Isenhour, John H. (Tripp)**<br>**10012 N. Fulton Ct.**<br>**Orlando, FL 32836** | | 21,332 | Common |
| **James W. Ryan, Trustee**<br>**3101 N. Central Avenue, Suite 1600**<br>**Phoenix, AZ 85012** | | 21,332 | Common |
| **Jennings, William**<br>**852 Village Road**<br>**North Palm Beach, FL 33408** | | 52,632 | Series A |
| **John C. Lightfoot, Trustee of Survivor T**<br>**P.O Box 1309**<br>**Cashiers, NC 28717** | | 42,664 | Common |
| **JTW Partners, James Lowrey**<br>**c/o James Lowrey , 12032 East End**<br>**North Palm Beach, FL 33408** | | 42,869 | Series A |
| **Julie C. O'Brien, Trustee**<br>**4690 Pebble Bay Circle**<br>**Vero Beach, FL 32963** | | 6,579 | Common |
| **Katz Irrevocable Trust**<br>**555 California St, Ste 3200**<br>**San Francisco, CA 94104** | | 6,579 | Series A |
| **Kennedy, Robert**<br>**241 Sundial Court**<br>**Indian River Shores, FL 32963** | | 16,721 | Series B |
| **Kleopoulos, Andonia and Nikitas**<br>**600 Reef Road**<br>**Vero Beach, FL 32963** | | 13,158 | Common |
| **Kleopoulos, Steven P.** | | 8,360 | Series B |
| **Kochem, Robert**<br>**21 Jason Rd**<br>**Belmont, MA 02478** | | 153 | Common |
| **Lincoln, Frank J.**<br>**40 Sago Palm Road**<br>**Vero Beach, FL 32963** | | 33,625 | Series B |

Sheet   **4**   of   **8**   continuation sheets attached to the List of Equity Security Holders

Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com                                Best Case Bankruptcy

In re     **XStream Systems, Inc.**                                    Case No. _____
_____,
                              Debtor

# LIST OF EQUITY SECURITY HOLDERS
(Continuation Sheet)

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| Lovejoy Family Limited Partnerships<br>11265 Old Harbour Road<br>North Palm Beach, FL 33408 | | 67,053 | Series B |
| Lovejoy, Walter<br>11265 Old Harbour Road<br>North Palm Beach, FL 33408 | | 26,316 | Series A |
| Lowery Lenehan, Tracy<br>c/o James Lowrey , 12032 East End<br>North Palm Beach, FL 33408 | | 100,000 | Common |
| Lowrey, Jessica<br>c/o James Lowrey , 12032 East End<br>North Palm Beach, FL 33408 | | 100,000 | Common |
| Marianne B. Lowrey Trust<br>c/o James Lowrey , 12032 East End<br>North Palm Beach, FL 33408 | | 700,000 | Common |
| Martz, Tom<br>P.O. Box 190982<br>San Francisco, CA 94119 | | 21,332 | Common |
| Mayo Children's 2000 Irrevocable Trust d<br>360 Madison Ave, 3rd Floor<br>New York, NY | | 100,000 | Common |
| Mayo, Brian<br>620 Reef Rd<br>Vero Beach, FL 32963 | | 65,000 | Common |
| Mayo, William<br>620 Reef Rd<br>Vero Beach, FL 32963 | | 5,000 | Common |
| McDonell, Charles (Frank), Dr.<br>113 48th Ave NE        Home<br>Hickory, NC 28601 | | 42,664 | common |
| McInerney, Arthur<br>3951 N. Ocean Blvd, Apt. 301<br>Gulfstream, FL 33483 | | 6,579 | Series A |
| Meader, Sherry<br>1647 Auburn Lakes Dr.<br>Rockledge, FL 32955 | | 180 | Common |
| Melone, Joseph<br>1020 Lake House  Drive<br>North Palm Beach, FL 33408 | | 32,895 | Series A |

Sheet __5__ of __8__ continuation sheets attached to the List of Equity Security Holders

# LIST OF EQUITY SECURITY HOLDERS
### (Continuation Sheet)

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Micciche, Paul J.**<br>**147 Filbert St.**<br>**Sebastian, FL 32958** | | **20,250** | **Common** |
| **Micciche, Paul M.**<br>**8066 102nd Ave.**<br>**Vero Beach, FL 32967** | | **1,340** | **Common** |
| **Michael W. Haley Rev Trust**<br>**12121 West End**<br>**North Palm Beach, FL 33408** | | **12,000** | **Series C** |
| **Moore, Richard**<br>**3312 Paper Mill Rd.**<br>**Phoenix, MD 21131** | | **31,998** | **Common** |
| **Morrissey, Robert**<br>**Two International Place**<br>**Boston, MA 02110** | | **52,632** | **Series A** |
| **Navarro Family Partners**<br>**1641 Worthington Rd, Suite 120**<br>**West Palm Beach, FL 33409** | | **13,158** | **Series A** |
| **Nelson, Linda** | | **12,179** | **Series B** |
| **O'Deen, Phillip**<br>**11050 Turtle Beach Road**<br>**North Palm Beach, FL 33408** | | **33,333** | **Series B** |
| **Parlapanides, Triantafillos** | | **8,407** | **Series B** |
| **Paterson, Michael**<br>**240 Ocean Beach Trail**<br>**Vero Beach, FL 32963** | | **13,342** | **Series A** |
| **Pippines, Debra**<br>**151 East 80th Street, Apt 3D**<br>**New York, NY 10075** | | **33,333** | **Series D** |
| **Poden, Robert**<br>**709 Village Road**<br>**North Palm Beach, FL 33408** | | **13,158** | **Series A** |
| **Prindiville, Robert A.- SEI Private Trus**<br>**31 Marker Way**<br>**Vero Beach, FL 32963** | | **13,498** | **Series A** |
| **Rogers, C.B (Jack)**<br>**381 Indian Harbor Road**<br>**Vero Beach, FL 32963** | | **16,858** | **Series B** |

Sheet  **6**  of  **8**  continuation sheets attached to the List of Equity Security Holders

In re    **XStream Systems, Inc.**                         Case No. _____

_____,
                                  Debtor

# LIST OF EQUITY SECURITY HOLDERS
(Continuation Sheet)

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| Scully, William<br>771 Manatee Cove<br>Indian River Shores, FL 32963 | | 65,790 | Series A |
| Segerdahl, Earl<br>1327 Lake Worth Lane<br>North Palm Beach, FL 33408 | | 13,158 | Series A |
| Shealy, Rebecca<br>41 Fernie Lane<br>Rembert, SC 29128 | | 10,666 | Common |
| Sobkowiak, Roger<br>537 44th Ave SW<br>Vero Beach, FL 32968 | | 5,000 | Common |
| State Univeristy of New Jersey, Rutgers<br>New Brunswick, NJ | | 73,500 | Common |
| Stringer, Geoffrey<br>11995 Turtle Beach Road<br>North Palm Beach, FL 33408 | | 13,158 | Series A |
| Stringer, Geoffrey & Joanne<br>11995 Turtle Beach Road<br>North Palm Beach, FL 33408 | | 3,000 | Series C |
| Sumit Investors of Vero, Ltd<br>111 Dove Plum Road<br>Vero Beach, FL 32963 | | 65,790 | Series A |
| Survivor Trust of the Lightfoot Revocabl<br>P.O Box 1309<br>Cashiers, NC 28717 | | 8,406 | Series B |
| Sylvia, Darren<br>1048 Orchid Oak Dr.<br>Vero Beach, FL 32963 | | 9,167 | Common |
| Teagreen, Laurie<br>3880 N. Hwy A1A Apt 803<br>Fort Pierce, FL 34949 | | 100 | Common |
| The Mayo Family Revocable Trust, 7/13/00<br>360 Madison Ave, 3rd Floor<br>New York, NY 10017 | | 100 | Common |
| Thompson, Ann & Hugh JTWROS<br>130 Sago Palm Rd.<br>Vero Beach, FL 32963 | | 42,664 | Common |

Sheet __7__ of __8__ continuation sheets attached to the List of Equity Security Holders

## LIST OF EQUITY SECURITY HOLDERS
(Continuation Sheet)

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| Thompson, Gary<br>6700 Conroy Rd, #100A<br>Orlando, FL 32835 | | 10,666 | common |
| Thompson, Hugh Jr. | | 19,737 | common |
| Thompson, Terry<br>919 Ladybug Ln.<br>Vero Beach, FL 32963 | | 10,666 | common |
| Thompson, Wendy<br>1206 Pine Heights Dr.<br>Atlanta, GA 30324 | | 10,666 | common |
| Towles, William T.<br>3400 Paces Forest Rd NW<br>Atlanta, GA 30327-2240 | | 42,664 | common |
| Washburn, Robert A & Sheila E JTWROS<br>660 Sea Oak Dr.<br>Vero Beach, FL 32963 | | 38577 | Common |
| Whitney Lowrey Gaeta, Marianne B. Lowrey<br>c/o James Lowrey , 12032 East End<br>North Palm Beach, FL 33408 | | 100,000 | Common |

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the Chief Restructuring Officer of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date **April 6, 2011**          Signature _____

Kim Hetzel Salibello
Chief Restructuring Officer

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
*18 U.S.C §§ 152 and 3571.*

Sheet **8** of **8** continuation sheets attached to the List of Equity Security Holders

Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com          Best Case Bankruptcy

## United States Bankruptcy Court
### District of Delaware

In re    **XStream Systems, Inc.**

Debtor(s)

Case No.

Chapter    **11**

# VERIFICATION OF CREDITOR MATRIX

I, the Chief Restructuring Officer of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is

true and correct to the best of my knowledge.

Date:    **April 8, 2011**

**Kim Hetzel Salbello/Chief Restructuring Officer**
Signer/Title

XSTREAM SYSTEMS, INC.
10305 102ND TERRACE
SUITE 102
SEBASTIAN, FL 32958

BANK OF AMERICA BUSINESS CARD
P.O. BOX 15710
WILMINGTON, DE 19886-5710

CUMMINGS, DENNIS
9 MORLEY LA.
DARIEN, CT 06820

PAUL RACHMUTH
GERSTEN SAVAGE, LLP
600 LEXINGTON AVENUE
NEW YORK, NY 10022-6000

BARNES & THORNBURG, LLP
11 SOUTH MERIDIAN ST.
INDIANAPOLIS, IN 46204

CYSCO WEBEX
3979 FREEDOM CIRCLE
SANTA CLARA, CA 95054

ABSOLUTE PROTECTION TEAM
4320 US HWY 1
VERO BEACH, FL 32967

BOWNE OF ATLANTA
P.O. BOX 101691
ATLANTA, GA 30392-1691

DOZIER, CHARLES BRAXTON
5076 LIBERTY CREEK DR.
JACKSONVILLE, FL 32258

ACC BUSINESS
P.O. BOX 105306
ATLANTA, GA 30348-5306

CHALWA, ASH
PDM HEALTHCARE
24700 CENTER RIDGE RD. SUITE 110
WESTLAKE, OH 44145

DUBIN MEDICAL, INC.
970 TURQUOISE STREET
SAN DIEGO, CA 92109

ACCOUNTEMPS
12400 COLLECTIONS CENTER DRIVE
CHICAGO, IL 60693

CHIDONI, ANTHONY
C/O ROBINSON & COLE
1055 WASHINGTON BOULEVARD
STAMFORD, CT 06901-2249

EASTERN APPLIED RESEARCH, IN
P.O. BOX 1558
SEAFORD, DE 19973

ADAMS, ROSIE
624 HYACINTH CIRCLE
SEBASTIAN, FL 32976

CLOCK, ALAN
740 CHAMPIONS CLOSE
ALPHARETTA, GA 30004

FEDEX
P.O. BOX 660482
DALLAS, TX 75226-0481

ALTEC MEDICAL, INC.
223 COOPER LANE
EASLEY, SC 29642

COMPUTERSHARE
14257 COLLECTION CENTER DR.
CHICAGO, IL 60693

FERRO, DENNIS
100 DOVE PLUM ROAD
VERO BEACH, FL 32963

ANTHONY CHIDONI
C/O ROBINSON & COLE

COOK, THOMAS W
141 COQUILLE WAY
VERO BEACH, FL 32963

FLA. DEP'T OF REVENUE

ASSURANT EMPLOYEE BENEFITS
P.O. BOX 80700
KANSAS CITY, MO 64184-7009

CT INTERNATIONAL, INC.
4340 OLD SANTA FE ROAD
SAN LUIS OBISPO, CA 93401

FMC DISTRIBUTORS, INC.

ATLANTIC BIOLOGICALS CORP.
20101 N.E. 16TH PLACE
MIAMI, FL 33179

CUMMINGS AND ASSOCIATES
ONE LANDMARK SQUARE
SUITE 1100
STAMFORD, CT 06901

GIDDIN, SPINA & PARTNERS
1401 FORUM WAY
SUITE 100
ATTN: ANTIA WURSTER
WEST PALM BEACH, FL 33401

GIRLING, ROBERT
872 ROBIN HOOD DR.
ALLENTOWN, PA 18103

J.P.H. DEVELOPMENT CORP.
3880 39TH SQUARE
VERO BEACH, FL 32960

MAYO, BRIAN
320 REEF RD.
VERO BEACH, FL 32963

GRAAF, ALTON
1450 HIGBEE ST. SE
PALM BAY, FL 32909

JENNINGS, WILLIAM
852 VILLAGE ROAD
NORTH PALM BEACH, FL 33408

MCGLADREY & PULLEN
5155 PAYSPHERE CIRCLE
CHICAGO, IL 60674

GREAT AMERICAN LEASE CORP.
625 FIRST ST.
CEDAR RAPIDS, IA 52406

JONES, FOSTER, JOHNSON & STUBBS, P.A.
FLAGLER CENTER TOWER, STE 1100
505 SOUTH FLAGLER DR.
P.O. BOX 3475
WEST PALM BEACH, FL 33402

MEACONE, JOSEPH
1020 LAKE HOUSE DRIVE
NORTH PALM BEACH, FL 33408

GREAT AMERICAN LEASING CORP.
P.O. BOX 660831
DALLAS, TX 75266-0831

JPH DEVELOPMENT CORP
3880 39TH SQ.
VERO BEACH, FL 32960

MICCICHE, PAUL
147 FILBERT ST.
SEBASTIAN, FL 32958

GREENBERG TRAURIG
5100 TOWN CENTER CIRCLE
SUITE 400
BOCA RATON, FL 33486

KENNEDY, ROBERT
241 SUNDIAL COURT
VERO BEACH, FL 32963

MIRION TECHNOLOGIES (GDS), I
P.O. BOX 19536
IRVINE, CA 92623

HALEY, MICHAEL
12121 WEST END
NORTH PALM BEACH, FL 33408

KIMBALL INTERNATIONAL, INC.
1600 ROAL STREET
ATTN: DONALD CHARRON
JASPER, IN 47549

MURPHY, JOHN
52 SOMERSET TRCE
SAINT SIMONS ISLAND, GA 31522-5

HULSEMAN, JOHN
682 BEACH ROAD
VERO BEACH, FL 32963

LAKE ERIE WHOLESALE MEDICAL SUPPL, INC

DEEN, PHILIP
11050 TURTLE BEACH ROAD
NORTH PALM BEACH, FL 33408

INTER-TEL LEASING, INC.
1140 WEST LOOP NORTH
HOUSTON, TX 77055

LIGHT SOURCE BUSINESS SYSTEMS
210 OLD DIXIE
VERO BEACH, FL 32962

PERALTA, ROSS
C/O DE BEAUBIEN KINGHT SIMMM
P.O. BOX 87
ORLANDO, FL 32802-0087

IRC TAX COLLECTOR
P.O. BOX 1509
VERO BEACH, FL 32961-1509

LOVEJOY, WALTER
11265 OLD HARBOUR ROAD
NORTH PALM BEACH, FL 33408

PITNEY BOWES GLOBAL FINANC
P.O. BOX 371887
PITTSBURGH, PA 15250-7887

IRISH, SIMON
C/O ROBINSON & COLE
1055 WASHINGTON BOULEVARD
STAMFORD, CT 06901-2249

LOWREY, JAMES
12032 EAST END
NORTH PALM BEACH, FL 33408

PREMIUM ASSIGNMENT CORP.
P.O. BOX 3100
TALLAHASSEE, FL 32315-3100

R DAVID COLLIN TRUST 3/17/99
579 N.E. PLANTATION RD.
APT. 307
STUART, FL 34996

SYCAD SOLUTIONS, LLC
2944 TUSCARORA COURT
MELBOURNE, FL 32904

WINDSTREAM
P.O. BOX 580451
CHARLOTTE, NC 28258

RIVERIA, ALBERTO
3556 MOUNT CARMEL LANE
MELBOURNE, FL 32901

SYLVIA, DARREN
1048 ORCHID OAK DR.
VERO BEACH, FL 32963

RUBIN & LEVIN, P.C.
342 MASSACHUSETTS AVENUE
ATTN: R.BROCK JORDAN, ESQ.
INDIANAPOLIS, IN 46204

THAW, VALLERY
5626 SUNBERRY CIRCLE
FORT PIERCE, FL 34951

RUDGERS, THE ST. UNIV. OF NEW JERSEY
OFF. OF CORP. LIASON AND TECH. TRANSFER
3 RUDGERS PLAZA, ASB III
NEW BRUNSWICK, NJ 08901

THE BANK OF NEW YORK MELLON
P.O. BOX 360857
ACCOUNTING DEP'T
PITTSBURGH, PA 15251-6857

RUTGERS UNIVERSITY
OFFICE OF CORP. LIASON AND TECH TRANSFER
3 RUTGERS PLAZA
NEW BRUNSWICK, NJ 08901

TROUT GROUP

SALESFORCE.COM
P.O. BOX 842569
BOSTON, MA 02284-2569

TUV RHEINLAND OF NORTH AMERICA
P.O. BOX 33222
HARTFORD, CT 06150-3222

SIMON IRISH
C/O ROBINSON & COLE

UNISHIPPERS
P.O. BOX 120247
MELBOURNE, FL 32912-0247

SPRINT
P.O. BOX 4181
CAROL STREAM, IL 60197-4181

WALDO DEVELOPMENT INC.
585 SW BILTMORE ST.
PORT SAINT LUCIE, FL 34983

STRINGER, GOEFFREY
11995 TURTLE BEACH ROAD
NORTH PALM BEACH, FL 33408

WALDO DEVELOPMENT, INC.
585 SW BILTMORE STREET
PORT SAINT LUCIE, FL 34983

SUNTRUST BANKCARD DIVISION
7455 CHANCELLOR DRIVE
ORLANDO, FL 32809

WANG, PENG

# United States Bankruptcy Court
### District of Delaware

In re  XStream Systems, Inc.
_____
Debtor(s)

Case No. _____
Chapter   11   _____


## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)


Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for  XStream Systems, Inc.   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

HLG, LLC, James Lowrey
c/o James Lowrey , 12032 East End
North Palm Beach, FL 33408


☐ None [*Check if applicable*]


April  7, 2011
_____
Date

*Daniel O'Brien*

Daniel A. O'Brien
_____
Signature of Attorney or Litigant
Counsel for XStream Systems, Inc.
Bayard, P.A.
222 Delaware Ave., Suite 900
Wilmington, DE 19806
(302) 655-5000  Fax: (302) 638-6395
dobrien@bayardlaw.com

## UNANIMOUS WRITTEN CONSENT OF THE BOARD OF DIRECTORS OF XSTREAM SYSTEMS, INC., A DELAWARE CORPORATION

The undersigned, being all of the members of the Board of Directors (the "Board") of XStream Systems, Inc. (the "Company"), do hereby consent, pursuant to Section 141 of the General Corporation Law of the State of Delaware, to the adoption of the following Resolutions with the same force and effect as though adopted at a meeting duly called and held:

**WHEREAS,** the Board has held extensive discussions during the course of several months regarding the current circumstances of the financial liquidity and business prospects of the Company with the Company's executive officers and legal advisors; and

**WHEREAS,** the Board has evaluated and considered the information provided by and the recommendations of the Company's executive officers and financial and legal advisors and has had the opportunity to ask questions of the same and independently to verify and diligence all such information; and

**WHEREAS,** the Board evaluated and considered the circumstances and consequences of filing a petition relative to the Company (the "Petition") seeking relief under the provisions of Chapter 11 of Title 11 of the United States Code (the "Bankruptcy Code"); and

**WHEREAS,** at a meeting duly called and held on January 3, 2011, by unanimous vote, the Board authorized the Company's executives to retain the services of Gersten Savage, LLP ("Gersten Savage") as legal counsel to the Company and to advise the Company with a restructuring under the Bankruptcy Code; and

**WHEREAS,** at a meeting duly called and held on January 3, 2011, by unanimous vote, the Board authorized the Company's executives to file the Petition on behalf of the Company; and

**WHEREAS,** at a meeting duly called and held on March 15, 2011, by unanimous vote, the Board authorized the Company's executives to retain a restructuring consultant and Chief Restructuring Officer (the "CRO") to assist the Company with its restructuring under the Bankruptcy Code; and

**WHEREAS,** at a meeting duly called and held on March 15, 2011, by unanimous vote, the Board authorized the Company's executives to retain an investment banking and financial advisory firm (the "Investment Banker") to assist the Company with its restructuring under the Bankruptcy Code; and

**NOW, THEREFORE,** the Board hereby adopts the following Resolutions:

**RESOLVED,** the Board hereby ratifies its determination that it is in the best interests of the Company, its creditors, shareholders and other interested parties for the Company to file the Petition on behalf of itself seeking relief under the Bankruptcy Code; and it is

**FURTHER RESOLVED**, that the Board hereby ratifies the retention of Gersten Savage to render legal services to and represent the Company in connection with its restructuring under the Bankruptcy Code; and it is

**FURTHER RESOLVED**, that the Board hereby ratifies the retention of K-Sal Group, LLC as consultant and Kim Hetzel Salbello as CRO to provide services to the Company in connection with a restructuring under the Bankruptcy Code; and it is

**FURTHER RESOLVED**, that the Board hereby ratifies the retention of Streambank, LLC as Investment Banker to the Company in connection with a restructuring under the Bankruptcy Code; and it is

**FURTHER RESOLVED**, that the CRO is hereby authorized and directed, on behalf of the Company, to execute a Petition and to cause the same to be filed (the "Chapter 11 Proceeding") with the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court") at such time as she considers appropriate; and it is

**FURTHER RESOLVED**, that the CRO is hereby authorized and directed to retain on behalf of the Company the law firm of Bayard, P.A., as Delaware co-counsel, upon such terms and conditions as the CRO shall approve, to render legal services to and represent the Company in connection with the Chapter 11 Proceedings; and it is

**FURTHER RESOLVED**, that the CRO is hereby authorized and directed to obtain pre- and post-petition secured financing from XSI, Inc. on behalf of the Company, upon such terms and conditions as the CRO shall approve; and it is

**FURTHER RESOLVED**, that the CRO is hereby authorized, empowered and directed, in the name and on behalf of the Company to execute and file all petitions, schedules, motions, lists, applications, pleadings and other papers, and to take and perform any and all further acts and deeds which she deems necessary, proper or desirable in connection with the Chapter 11 Proceeding, including without limitation, negotiating and obtaining debtor-in-possession financing, exit financing, and/or the use of cash collateral, and executing, delivering and performing any and all documents, agreements, certificates and/or instruments in connection with such debtor-in-possession financing, exit financing, and/or use of cash collateral, with a view to the successful prosecution of such case; and it is

**FURTHER RESOLVED**, that the CRO is hereby authorized, empowered and directed, in the name and on behalf of the Company, to: (a) negotiate, execute, deliver and/or file any and all of the agreements, documents and instruments referenced herein, and such other agreements, documents and instruments and assignments thereof as may be required or as the CRO or designate deems appropriate or advisable, or to cause the negotiation, execution and delivery thereof, in the name and on behalf of the Company, in such form and substance as the CRO or designate may approve, (b) negotiate, execute, deliver and/or file, in the name and on behalf of the Company any and all agreements, documents, certificates, consents, filings and applications relating to the resolutions adopted and matters ratified or approved herein and the transactions contemplated thereby, and amendments and supplements to any of the

This Unanimous Written Consent may be executed in any number of counterparts, each of which when so executed and delivered shall be deemed an original, and when together shall constitute one instrument, and may be executed by facsimile signature, or electronic mail signature if attached to such electronic mail message in a commonly readable format.

**IN WITNESS WHEREOF,** the undersigned, being all of the directors of the Company, consent hereto in writing as of April _____, 2011, and direct that this instrument be filed with the minutes of proceedings of the Board of Directors of the Company.

_____
Dennis H. Ferro

_____
Robert Kennedy

_____
Phil Odeen

foregoing, and to take such other actions as may be required or as the CRO deems appropriate or advisable in connection therewith, and (c) do such other things as may be required, or as may in her judgment be appropriate or advisable, in order to effectuate fully the resolutions adopted and matters ratified or approved herein and the consummation of the transactions contemplated thereby; and it is

**FURTHER RESOLVED**, that all acts lawfully done or actions lawfully taken by the CRO to file the Petition or in any other connection with the Chapter 11 Proceedings, or any manner related thereto, or by virtue of these resolutions be, and hereby is, in all respects ratified, confirmed and approved.

This Unanimous Written Consent may be executed in any number of counterparts, each of which when so executed and delivered shall be deemed an original, and when together shall constitute one instrument, and may be executed by facsimile signature, or electronic mail signature if attached to such electronic mail message in a commonly readable format.

**IN WITNESS WHEREOF**, the undersigned, being all of the directors of the Company, consent hereto in writing as of April $\cancel{87}\cancel{4}$, 2011, and direct that this instrument be filed with the minutes of proceedings of the Board of Directors of the Company.


Dennis H. Ferro


Robert Kennedy


Phil Odeen

foregoing, and to take such other actions as may be required or as the CRO deems appropriate or advisable in connection therewith, and (c) do such other things as may be required, or as may in her judgment be appropriate or advisable, in order to effectuate fully the resolutions adopted and matters ratified or approved herein and the consummation of the transactions contemplated thereby; and it is

**FURTHER RESOLVED**, that all acts lawfully done or actions lawfully taken by the CRO to file the Petition or in any other connection with the Chapter 11 Proceedings, or any manner related thereto, or by virtue of these resolutions be, and hereby is, in all respects ratified, confirmed and approved.

This Unanimous Written Consent may be executed in any number of counterparts, each of which when so executed and delivered shall be deemed an original, and when together shall constitute one instrument, and may be executed by facsimile signature, or electronic mail signature if attached to such electronic mail message in a commonly readable format.

**IN WITNESS WHEREOF**, the undersigned, being all of the directors of the Company, consent hereto in writing as of April _7TH_, 2011, and direct that this instrument be filed with the minutes of proceedings of the Board of Directors of the Company.


---
Dennis H. Ferro


---
Robert Kennedy


Phil Odeen