# United States Bankruptcy Court
## District of Delaware

In re  **XStream Systems, Inc.** _____,  Case No. **11-11806**

_____
Debtor

Chapter _____ **11** _____

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | 0.00 | | |
| B - Personal Property | Yes | 3 | 22,197.00 | | |
| C - Property Claimed as Exempt | No | 0 | | | |
| D - Creditors Holding Secured Claims | Yes | 1 | | 2,580,288.00 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | Yes | 3 | | 298,810.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 14 | | 4,987,479.32 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 1 | | | |
| I - Current Income of Individual Debtor(s) | No | 0 | | | N/A |
| J - Current Expenditures of Individual Debtor(s) | No | 0 | | | N/A |
| Total Number of Sheets of ALL Schedules | | 24 | | | |
| Total Assets | | | 22,197.00 | | |
| Total Liabilities | | | | 7,866,577.32 | |

In re   **XStream Systems, Inc.**                                          ,     Case No. _____

                                            Debtor

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim." If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| **None** | | | | |

| | | |
|---|---|---|
| Sub-Total > | **0.00** | (Total of this page) |
| Total > | **0.00** | |
| | (Report also on Summary of Schedules) | |

  **0**   continuation sheets attached to the Schedule of Real Property

Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com

In re    **XStream Systems, Inc.**                                    Case No. _____

Debtor

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property." If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 1.   Cash on hand | X | | | |
| 2.   Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **Cash on deposit** | - | 3,278.00 |
| 3.   Security deposits with public utilities, telephone companies, landlords, and others. | | **Security Deposit held by landlord** | - | 18,919.00 |
| 4.   Household goods and furnishings, including audio, video, and computer equipment. | X | | | |
| 5.   Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6.   Wearing apparel. | X | | | |
| 7.   Furs and jewelry. | X | | | |
| 8.   Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9.   Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10.   Annuities. Itemize and name each issuer. | X | | | |

Sub-Total &gt;      <b>22,197.00</b>
(Total of this page)

__2__   continuation sheets attached to the Schedule of Personal Property

Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com            Best Case Bankruptcy

In re   **XStream Systems, Inc.**                                     Case No. _____

                                             Debtor

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16. Accounts receivable. | X | | | |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |

                                                 Sub-Total >             **0.00**
                                              (Total of this page)

Sheet  **1**  of  **2**  continuation sheets attached
to the Schedule of Personal Property

Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com                                       Best Case Bankruptcy

In re    **XStream Systems, Inc.** _____    Case No. _____
                                           Debtor

# SCHEDULE B - PERSONAL PROPERTY
## (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 22. Patents, copyrights, and other intellectual property. Give particulars. | | **License with Rutgers University - See Schedule G** | - | **Unknown** |
| | | **Trademarks, trade dress, trade secrets and other intellectual property associated with Company's XT250tm Material Identification System** | - | **Unknown** |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | X | | | |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | | **Computer hardware, software, office equipment and machinery per attached list** Location: 10305 102nd Terrace Suite 102, Sebastian FL 32958 | - | **Unknown** |
| 29. Machinery, fixtures, equipment, and supplies used in business. | | **X-ray Defraction Equipment** Location: 10305 102nd Terrace Suite 102, Sebastian FL 32958 | - | **Unknown** |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | X | | | |

|  |  |
|---|---|
| Sub-Total > (Total of this page) | 0.00 |
| Total > | 22,197.00 |

(Report also on Summary of Schedules)

Sheet  **2**  of  **2**  continuation sheets attached
to the Schedule of Personal Property

In re **XStream Systems, Inc.**         Case No. _____

                                        Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor" ,include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion" on the Statistical Summary of Certain Liabilities and Related Data.

☐   Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. | | | Judgment Lien - May 3, 2010 | | | | | |
| Kimball International, Inc. 1600 Roal Street Attn: Donald Charron Jasper, IN 47549 | | - | | | | | | |
| | | | Value $             **Unknown** | | | | 2,580,288.00 | Unknown |
| Account No. | | | Judgment Creditor | | | | | |
| Kimball International, Inc. 1600 Roal Street Attn: Donald Charron Jasper, IN 47549 | | - | Computer hardware, software, office equipment and machinery per attached list Location: 10305 102nd Terrace Suite 102, Sebastian FL 32958 | | | | | |
| | | | Value $             **Unknown** | | | | 0.00 | Unknown |
| Account No. | | | X-ray Defraction Equipment Location: 10305 102nd Terrace Suite 102, Sebastian FL 32958 | | | | | |
| Kimball International, Inc. 1600 Roal Street Attn: Donald Charron Jasper, IN 47549 | | | | | | | | |
| | | | Value $             **Unknown** | | | | 0.00 | Unknown |
| Account No. | | | | | | | | |
| | | | | | | | | |
| | | | Value $ | | | | | |

| | | |
|---|---|---|
| **0**   continuation sheets attached | Subtotal (Total of this page) | 2,580,288.00 | 0.00 |
| | Total (Report on Summary of Schedules) | 2,580,288.00 | 0.00 |

In re    **XStream Systems, Inc.**                  Case No. _____

                               Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

    A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

    The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

    If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

    Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

    Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

    Report the total of amounts not entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS**  (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic support obligations**

    Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

    Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

■ **Wages, salaries, and commissions**

    Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $11,725* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**

    Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**

    Claims of certain farmers and fishermen, up to $5,775* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**

    Claims of individuals up to $2,600* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

☐ **Taxes and certain other debts owed to governmental units**

    Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to maintain the capital of an insured depository institution**

    Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for death or personal injury while debtor was intoxicated**

    Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

*\* Amount subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

                                **2**    continuation sheets attached

In re    **XStream Systems, Inc.**          Case No. _____

                     Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

**Wages, salaries, and commissions**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H / W / J / C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY / AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | | |
| **Adams, Rosie**<br>**624 Hyacinth Circle**<br>**Sebastian, FL 32976** | | | | | | | | 0.00 |
| | | | | | | | 1,061.00 | 1,061.00 |
| Account No. | | | Salary Deferral | | | | | |
| **Clock, Alan**<br>**740 Champions Close**<br>**Alpharetta, GA 30004** | | | | | | | | 159,910.00 |
| | | | | | | | 171,635.00 | 11,725.00 |
| Account No. | | | | | | | | |
| **Dozier, Charles Braxton**<br>**5076 Liberty Creek Dr.**<br>**Jacksonville, FL 32258** | | | | | | | | 0.00 |
| | | | | | | | 4,967.00 | 4,967.00 |
| Account No. | | | | | | | | |
| **Graaf, Alton**<br>**1450 Higbee St. SE**<br>**Palm Bay, FL 32909** | | | | | | | | 0.00 |
| | | | | | | | 2,994.00 | 2,994.00 |
| Account No. | | | Deferred Salary | | | | | |
| **Micciche, Paul**<br>**147 Filbert St.**<br>**Sebastian, FL 32958** | | | | | | | | 82,505.00 |
| | | | | | | | 94,230.00 | 11,725.00 |

Sheet  **1**  of  **2**  continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal
(Total of this page)

| | |
|---|---|
| | 242,415.00 |
| 274,887.00 | 32,472.00 |

In re __XStream Systems, Inc.__       Case No. _____

                           Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

**Wages, salaries, and commissions**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | | | |
| Riveria, Alberto 3556 Mount Carmel Lane Melbourne, FL 32901 | - | | | | | | 1,923.00 | 0.00 | 1,923.00 |
| Account No. | | | | | | | | | |
| Wang, Peng | - | | | | | | 22,000.00 | 10,275.00 | 11,725.00 |
| Account No. | | | | | | | | | |
| | | | | | | | | | |
| Account No. | | | | | | | | | |
| | | | | | | | | | |
| Account No. | | | | | | | | | |
| | | | | | | | | | |

Sheet __2__ of __2__ continuation sheets attached to Schedule of Creditors Holding Unsecured Priority Claims

|  | | |
|---|---|---|
| Subtotal (Total of this page) | 23,923.00 | 10,275.00 / 13,648.00 |
| Total (Report on Summary of Schedules) | 298,810.00 | 252,690.00 / 46,120.00 |

In re __XStream Systems, Inc.__ ..................................................... , Case No. _____

_____Debtor_____

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. | | | | | Trade Debt | | | | |
| Absolute Protection Team 4320 US Hwy 1 Vero Beach, FL 32967 | - | | | | | | | | 75.00 |
| Account No. | | | | | Trade Debt | | | | |
| ACC Business P.O. Box 105306 Atlanta, GA 30348-5306 | - | | | | | | | | 2,416.30 |
| Account No. | | | | | Trade Debt | | | | |
| Accountemps 12400 Collections Center Drive Chicago, IL 60693 | - | | | | | | | | 1,059.82 |
| Account No. | | | | | | | | | |
| Adams, Rosie 624 Hyacinth Circle Sebastian, FL 32976 | - | | | | | | | | 5.24 |
| __13__ continuation sheets attached | | | | | Subtotal (Total of this page) | | | | 3,556.36 |

In re   **XStream Systems, Inc.**                                    Case No. _____
                                          ,
                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W JC | | | | | | |
| Account No. | | | | | | | | |
| Anthony Chidoni c/o Robinson & Cole | | - | | | | | | 12,769.00 |
| Account No. | | | | Trade Debt | | | | |
| Assurant Employee Benefits P.O. Box 80700 Kansas City, MO 64184-7009 | | | | | | | | 91.14 |
| Account No. | | | | Trade Debt | | | | |
| Bank of America Business Card P.O. Box 15710 Wilmington, DE 19886-5710 | | - | | | | | | 9,742.26 |
| Account No. | | | | Trade Debt | | | | |
| Barnes & Thornburg, LLP 11 South Meridian St. Indianapolis, IN 46204 | | - | | | | | | 30,840.08 |
| Account No. | | | | Trade Debt | | | | |
| Bowne of Atlanta P.O. Box 101691 Atlanta, GA 30392-1691 | | - | | | | | | 632,185.10 |

Sheet no. __1__ of __13__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)            685,627.58

In re   **XStream Systems, Inc.**                            ,     Case No. _____

                                           Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HWJC | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Chalwa, Ash**<br>**PDM Healthcare**<br>**24700 Center Ridge Rd. Suite 110**<br>**Westlake, OH 44145** | - | | Loan | | | | 5,000.00 |
| Account No.<br><br>**Chidoni, Anthony**<br>**c/o Robinson & Cole**<br>**1055 Washington Boulevard**<br>**Stamford, CT 06901-2249** | | | Loans | | | | 45,000.00 |
| Account No.<br><br>**Computershare**<br>**14257 Collection Center Dr.**<br>**Chicago, IL 60693** | - | | Trade Debt | | | | 3,500.00 |
| Account No.<br><br>**Cook, Thomas W**<br>**141 Coquille Way**<br>**Vero Beach, FL 32963** | - | | Loans | | | | 25,000.00 |
| Account No.<br><br>**Cummings and Associates**<br>**One Landmark Square**<br>**Suite 1100**<br>**Stamford, CT 06901** | - | | Trade Debt | | | | 54,000.00 |

Sheet no. __2__ of __13__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)         **132,500.00**

In re __XStream Systems, Inc._____,     Case No. _____
                                              Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Reimbursement Expense | | | | |
| Cummings, Dennis 9 Morley La. Darien, CT 06820 | - | | | | | | 8,125.24 |
| Account No. | | | Loans | | | | |
| Cummings, Dennis 9 Morley La. Darien, CT 06820 | - | | | | | | 35,181.00 |
| Account No. | | | Trade Debt | | | | |
| Cysco Webex 3979 Freedom Circle Santa Clara, CA 95054 | - | | | | | | 207.00 |
| Account No. | | | | | | | |
| Dozier, Charles Braxton 5076 Liberty Creek Dr. Jacksonville, FL 32258 | - | | | | | | 5,000.00 |
| Account No. | | | Trade Debt | | | | |
| Eastern Applied Research, Inc. P.O. Box 1558 Seaford, DE 19973 | - | | | | | | 4,150.00 |

Sheet no. __3__ of __13__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                                52,663.24

In re __XStream Systems, Inc._____,    Case No. _____
                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H W | J | C | | | | | |
| Account No. | | | | | Trade Debt | | | | |
| Fedex P.O. Box 660482 Dallas, TX 75226-0481 | - | | | | | | | | 462.39 |
| Account No. | | | | | Loans | | | | |
| Ferro, Dennis 100 Dove Plum Road Vero Beach, FL 32963 | - | | | | | | | | 5,000.00 |
| Account No. | | | | | | | | | |
| Fla. Dep't of Revenue | - | | | | | | | | 116.75 |
| Account No. | | | | | Trade Debt | | | | |
| Giddin, Spina & Partners 1401 Forum Way Suite 100 Attn: Antia Wurster West Palm Beach, FL 33401 | - | | | | | | | | 11,089.50 |
| Account No. | | | | | Loans | | | | |
| Girling, Robert 872 Robin Hood Dr. Allentown, PA 18103 | - | | | | | | | | 25,000.00 |

Sheet no. __4__ of __13__ sheets attached to Schedule of          Subtotal          41,668.64
Creditors Holding Unsecured Nonpriority Claims                (Total of this page)

In re __XStream Systems, Inc.__                         Case No. _____

                                         Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HWJC | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Trade Debt | | | | |
| Great American Leasing Corp. P.O. Box 660831 Dallas, TX 75266-0831 | | - | | | | | 1,721.47 |
| Account No. | | | Trade Debt | | | | |
| Greenberg Traurig 5100 TOWN CENTER CIRCLE SUITE 400 Boca Raton, FL 33486 | | - | | | | X | 815,611.07 |
| Account No. | | | Loans | | | | |
| Haley, Michael 12121 West End North Palm Beach, FL 33408 | | - | | | | | 25,000.00 |
| Account No. | | | | | | | |
| Hulseman, John 682 Beach Road Vero Beach, FL 32963 | | - | | | | | 4,032.88 |
| Account No. | | | Trade Debt | | | | |
| IRC Tax Collector P.O. Box 1509 Vero Beach, FL 32961-1509 | | - | | | | | 4,476.45 |

Sheet no. _5_ of _13_ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)      850,841.87

In re   **XStream Systems, Inc.**                ,     Case No. _____

                                      Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Loans | | | | |
| Irish, Simon c/o Robinson & Cole 1055 Washington Boulevard Stamford, CT 06901-2249 | | - | | | | | 45,000.00 |
| Account No. | | | Loans | | | | |
| Jennings, William 852 Village Road North Palm Beach, FL 33408 | | - | | | | | 25,000.00 |
| Account No. | | | Trade Debt | | | | |
| Jones, Foster, Johnson & Stubbs, PA Flagler Center Tower, Ste 1100 505 South Flagler Dr. P.O. Box 3475 West Palm Beach, FL 33402 | | - | | | | | 2,375.00 |
| Account No. | | | Office Rent | | | | |
| JPH Development Corp 3880 39th Sq. Vero Beach, FL 32960 | | - | | | | | 9,042.48 |
| Account No. | | | Loans | | | | |
| Kennedy, Robert 241 Sundial Court Vero Beach, FL 32963 | | - | | | | | 35,000.00 |

Sheet no. __6__ of __13__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)        116,417.48

In re __XStream Systems, Inc.__ _____,  Case No. _____
                                        Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | |
| Account No. | | | | Trade Debt | | | | |
| Light Source Business Systems 210 Old Dixie Vero Beach, FL 32962 | | - | | | | | | 271.71 |
| Account No. | | | | Loans | | | | |
| Lovejoy, Walter 11265 Old Harbour Road North Palm Beach, FL 33408 | | - | | | | | | 25,000.00 |
| Account No. | | | | Loans | | | | |
| Lowrey, James 12032 East End North Palm Beach, FL 33408 | | - | | | | | | 85,000.00 |
| Account No. | | | | | | | | |
| Mayo, Brian 320 Reef Rd. Vero Beach, FL 32963 | | - | | | | | | 1,898.14 |
| Account No. | | | | Loan 180+ days | | | | |
| Mayo, Brian 320 Reef Rd. Vero Beach, FL 32963 | | - | | | | | | 547,458.00 |

Sheet no. __7__ of __13__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

659,627.85

In re    **XStream Systems, Inc.**            Case No. _____

                         Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | Trade Debt | | | | |
| McGladrey & Pullen 5155 Paysphere Circle Chicago, IL 60674 | - | | | | | | | 815,049.33 |
| Account No. | | | | Loans | | | | |
| Melone, Joseph 1020 Lake House Drive North Palm Beach, FL 33408 | - | | | | | | | 35,000.00 |
| Account No. | | | | | | | | |
| Micciche, Paul 147 Filbert St. Sebastian, FL 32958 | - | | | | | | | 1,080.34 |
| Account No. | | | | Trade Debt | | | | |
| Mirion Technologies (GDS), Inc P.O. Box 19536 Irvine, CA 92623 | - | | | | | | | 1,110.37 |
| Account No. | | | | Loans | | | | |
| Murphy, John 52 Somerset Trce Saint Simons Island, GA 31522-5545 | - | | | | | | | 5,000.00 |

Sheet no. __8__ of __13__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)      857,240.04

In re    **XStream Systems, Inc.**                                                    Case No. _____
                                                                Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. | | | | Loans | | | | |
| Odeen, Philip 11050 Turtle Beach Road North Palm Beach, FL 33408 | | - | | | | | | 35,000.00 |
| Account No. | | | | Trade Debt | | | | |
| Peralta, Ross c/o de Beaubien Knght Simmons Mantzaris P.O. Box 87 Orlando, FL 32802-0087 | | - | | | | | | 2,541.86 |
| Account No. | | | | Trade Debt | | | | |
| Pitney Bowes Global Financial P.O. Box 371887 Pittsburgh, PA 15250-7887 | | - | | | | | | 200.96 |
| Account No. | | | | Trade Debt | | | | |
| Premium Assignment Corp. P.O. Box 3100 Tallahassee, FL 32315-3100 | | - | | | | | | 3,683.18 |
| Account No. | | | | | | | | |
| R David Collin Trust 3/17/99 579 N.E. Plantation Rd. Apt. 307 Stuart, FL 34996 | | - | | | | | | 1,008.22 |

Sheet no. __9__ of __13__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

42,434.22

In re __XStream Systems, Inc.__ _____, Case No. _____

                                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No. | | | | Debenture | | | | |
| R David Collin Trust 3/17/99 579 N.E. Plantation Rd. Apt. 307 Stuart, FL 34996 | - | | | | | | | 50,000.00 |
| Account No. | | | | Trade Debt | | | | |
| Rutgers University Office of Corp. Liason and Tech Transfer 3 Rutgers Plaza New Brunswick, NJ 08901 | - | | | | | | X | 1,301,700.00 |
| Account No. | | | | Trade Debt | | | | |
| Salesforce.com P.O. Box 842569 Boston, MA 02284-2569 | - | | | | | | | 750.00 |
| Account No. | | | | | | | | |
| Simon Irish c/o Robinson & Cole | - | | | | | | | 13,787.39 |
| Account No. | | | | Trade Debt | | | | |
| Sprint P.O. Box 4181 Carol Stream, IL 60197-4181 | - | | | | | | | 1,296.56 |

Sheet no. __10__ of __13__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

1,367,533.95

In re __XStream Systems, Inc._____,    Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community<br>DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Stringer, Goeffrey**<br>**11995 Turtle Beach Road**<br>**North Palm Beach, FL 33408** | - | | Loans | | | | 25,000.00 |
| Account No.<br><br>**Suntrust Bankcard Division**<br>**7455 Chancellor Drive**<br>**Orlando, FL 32809** | - | | Trade Claim | | | | 10,895.37 |
| Account No.<br><br>**Sycad Solutions, LLC**<br>**2944 Tuscarora Court**<br>**Melbourne, FL 32904** | - | | Trade Debt | | | | 2,737.50 |
| Account No.<br><br>**Sylvia, Darren**<br>**1048 Orchid Oak Dr.**<br>**Vero Beach, FL 32963** | - | | | | | | 1,446.29 |
| Account No.<br><br>**Thaw, Vallery**<br>**5626 Sunberry Circle**<br>**Fort Pierce, FL 34951** | - | | | | | | 500.00 |

Sheet no. __11__ of __13__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    40,579.16

In re    **XStream Systems, Inc.** _____ ,    Case No. _____
                              Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. | | | | | | | | | |
| The Bank of New York Mellon P.O. Box 360857 Accounting Dep't Pittsburgh, PA 15251-6857 | - | | | | | | | | 5,797.39 |
| Account No. | | | | | | | | | |
| Trout Group | - | | | | | | | | 10,000.00 |
| Account No. | | | | | Trade Debt | | | | |
| TUV Rheinland of North America P.O. Box 33222 Hartford, CT 06150-3222 | - | | | | | | | | 1,695.42 |
| Account No. | | | | | Trade Debt | | | | |
| Unishippers P.O. Box 120247 Melbourne, FL 32912-0247 | - | | | | | | | | 1,925.87 |
| Account No. | | | | | Trade Debt | | | | |
| Waldo Development Inc. 585 SW Biltmore St. Port Saint Lucie, FL 34983 | - | | | | | | | | 115,015.43 |

Sheet no. __12__ of __13__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          134,434.11

In re  **XStream Systems, Inc.** _____ ,   Case No. _____
_____
                          Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. | | | | Trade Debt | | | | |
| **Windstream** **P.O. Box 580451** **Charlotte, NC 28258** | - | | | | | | | 2,354.82 |
| Account No. | | | | | | | | |
| | | | | | | | | |
| Account No. | | | | | | | | |
| | | | | | | | | |
| Account No. | | | | | | | | |
| | | | | | | | | |
| Account No. | | | | | | | | |
| | | | | | | | | |

Sheet no. __13__ of __13__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

| | Subtotal (Total of this page) | 2,354.82 |
|---|---|---|
| | Total (Report on Summary of Schedules) | 4,987,479.32 |

In re    **XStream Systems, Inc.** _____     Case No. _____

                                              **Debtor**

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property. Include any timeshare interests. State nature of debtor's interest in contract, i.e., "Purchaser", "Agent", etc. State whether debtor is the lessor or lessee of a lease. Provide the names and complete mailing addresses of all other parties to each lease or contract described. If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no executory contracts or unexpired leases.

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
| **Altec Medical, Inc.**<br>**223 Cooper Lane**<br>**Easley, SC 29642** | **Master XS250 Licensing and Services Fee Agreement** |
| **Atlantic Biologicals Corp.**<br>**20101 N.E. 16th Place**<br>**Miami, FL 33179** | **Master XT250 Licensing and Services Fee Agreement** |
| **CT International, Inc.**<br>**4340 Old Santa Fe Road**<br>**San Luis Obispo, CA 93401** | **Master XT250 Licensing And Services Fee Agreement** |
| **Dubin Medical, Inc.**<br>**970 Turquoise Street**<br>**San Diego, CA 92109** | **Master XS250 Licensing and Services Fee Agreement** |
| **FMC Distributors, Inc.** | **Master XS250 Licensing and Services Fee Agreement** |
| **Great American Lease Corp.**<br>**625 First St.**<br>**Cedar Rapids, IA 52406** | **Cannon Copier** |
| **Inter-Tel Leasing, Inc.**<br>**1140 West Loop North**<br>**Houston, TX 77055** | **Inter-Tel 5000 Telephone equipment** |
| **J.P.H. Development Corp.**<br>**3880 39th Square**<br>**Vero Beach, FL 32960** | **Lease for 3873 39th Square, Vero Beach, FL 32960** |
| **Lake Erie Wholesale Medical Supply, Inc.** | **Master XS250 Licensing and Services Fee Agreement** |
| **Rudgers, The St. Univ. of New Jersey**<br>**Off. of Corp. Liason and Tech. Transfer**<br>**3 Rudgers Plaza, ASB III**<br>**New Brunswick, NJ 08901** | **Patent licenses and related agreements, including the Rudgers License Agreement, Rudgers Investor Rights Agreement, Rudgers COI Letter and Rdugers Option Agreement.** |
| **Waldo Development, Inc.**<br>**585 SW Biltmore Street**<br>**Port Saint Lucie, FL 34983** | **Lease for principal place of business** |

**0**

_____ continuation sheets attached to Schedule of Executory Contracts and Unexpired Leases

In re    **XStream Systems, Inc.**                Case No. _____

_____,
                        Debtor

# SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

■   Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| | |

0
_____ continuation sheets attached to Schedule of Codebtors

Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com                                Best Case Bankruptcy

# United States Bankruptcy Court
## District of Delaware

In re  **XStream Systems, Inc.**

Debtor(s)

Case No.

Chapter  **11**

## DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the Chief Restructuring Officer of the corporation named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of **25** sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date  **April 8, 2011**

Signature

Kim Hetzel Salbello
**Chief Restructuring Officer**

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.