Xstream Systems, Inc
13 WEEK CASH FLOW PROJECTION
April 9 thru July 8, 2011

| IR | | Projected Wk 1 15-Apr | Projected Wk 2 22-Apr | Projected Wk 3 29-Apr | Projected Wk 4 6-May | Projected Wk 5 13-May | Projected Wk 6 20-May | Projected Wk 7 27-May | Projected Wk 8 3-Jun | Projected Wk 9 10-Jun | Projected Wk 10 17-Jun | Projected Wk 11 24-Jun | Projected Wk 12 1-Jul | Projected Wk 13 8-Jul | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | **CASH RECEIPTS & DISBURSEMENTS** | | | | | | | | | | | | | | |
| 2 | | | | | | | | | | | | | | | |
| 3 | **RECEIPTS** | | | | | | | | | | | | | | |
| 6 | Loan Receipts- DIP | 3,500 | 500 | 26,500 | 14,900 | 9,000 | 1,500 | 20,000 | 18,900 | 5,500 | 500 | 16,500 | 13,900 | 148,000 | 279,200 |
| 7 | **Total Receipts** | 3,500 | 500 | 26,500 | 14,900 | 9,000 | 1,500 | 20,000 | 18,900 | 5,500 | 500 | 16,500 | 13,900 | 148,000 | 279,200 |
| 8 | | | | | | | | | | | | | | | |
| 9 | **DISBURSEMENTS** | | | | | | | | | | | | | | |
| 10 | *Operating Disbursements* | | | | | | | | | | | | | | |
| 11 | Vendor Payments | | | | | | | | | | | | | | |
| 12 | Payroll & Related | | | 1,000 | 8,400 | | | 1,000 | 8,400 | | | 1,000 | 8,400 | | 28,200 |
| 13 | Rent | | | | 5,000 | | | | 5,000 | | | | 5,000 | | 15,000 |
| 14 | Insurance- estimate for Gen'l Liability | 3,000 | | | | | | | | | | | | | 3,000 |
| 15 | Marketing | | | | | | | | | | | | | | |
| 16 | Other | 500 | 500 | 500 | 1,000 | 1,000 | 1,000 | 1,000 | | 500 | 500 | 500 | 500 | 500 | 11,500 |
| 17 | **Total Operating Disbursements** | 3,500 | 500 | 1,500 | 14,900 | 1,500 | 1,500 | 2,500 | 18,900 | 500 | 500 | 1,500 | 13,900 | 500 | 61,700 |
| 18 | | | | | | | | | | | | | | | |
| 19 | Professional Fees | | | 25,000 | | 7,500 | | 17,500 | | 5,000 | | 15,000 | | 147,500 | 217,500 |
| 20 | UST fees | | | | | | | | | | | | | | - |
| 21 | Interest | | | | | | | | | | | | | | - |
| 22 | **Total Disbursements** | 3,500 | 500 | 26,500 | 14,900 | 9,000 | 1,500 | 20,000 | 18,900 | 5,500 | 500 | 16,500 | 13,900 | 148,000 | 279,200 |
| 23 | | | | | | | | | | | | | | | |
| 24 | **CASH BALANCE** | | | | | | | | | | | | | | |
| 25 | | | | | | | | | | | | | | | |
| 26 | Beginning Balance | 3,278 | 3,278 | 3,278 | 3,278 | 3,278 | 3,278 | 3,278 | 3,278 | 3,278 | 3,278 | 3,278 | 3,278 | 3,278 | 3,278 |
| 27 | Change in Cash | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| 28 | Ending Balance | 3,278 | 3,278 | 3,278 | 3,278 | 3,278 | 3,278 | 3,278 | 3,278 | 3,278 | 3,278 | 3,278 | 3,278 | 3,278 | 3,278 |

Prepared By: K-SAL Group LLC
Based on Information Provided by the Company
Page 1 of 2
4/11/2011
Xstream 13 week FINAL.xlsx

Xstream Systems, Inc
13 WEEK CASH FLOW PROJECTION
April 9 thru July 8, 2011

| ln | | Projected Wk 1 15-Apr | Projected Wk 2 22-Apr | Projected Wk 3 29-Apr | Projected Wk 4 6-May | Projected Wk 5 13-May | Projected Wk 6 20-May | Projected Wk 7 27-May | Projected Wk 8 3-Jun | Projected Wk 9 10-Jun | Projected Wk 10 17-Jun | Projected Wk 11 24-Jun | Projected Wk 12 1-Jul | Projected Wk 13 8-Jul | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 31 | | | | | | | | | | | | | | | |
| 39 | | | | | | | | | | | | | | | |
| 40 | **Professional Fees** | | | | | | | | | | | | | | |
| 41 | K-Sal | 0 | | 12,500 | | 7,500 | | 5,000 | | 5,000 | | 2,500 | | 2,500 | 35,000 |
| 42 | Gerston Savage | | | | | | | | | | | | | 85,000 | 85,000 |
| 43 | Bayard (Local counsel) | | | | | | | | | | | | | 35,000 | 35,000 |
| 44 | StreamBank | 0 | | 12,500 | | | | 12,500 | | | | 12,500 | | | 37,500 |
| 45 | Committee Carve out | | | 25,000 | | | | | | | | | | 25,000 | 25,000 |
| 46 | | - | - | 25,000 | - | 7,500 | - | 17,500 | - | 5,000 | - | 15,000 | - | 147,500 | 217,500 |
| 47 | | | | | | | | | | | | | | | |
| 48 | **LOANS OUTSTANDING** | | | | | | | | | | | | | | |
| 49 | Opening Balance | 133,350 | 136,850 | 136,850 | 163,350 | 178,250 | 187,250 | 188,750 | 208,750 | 227,650 | 233,150 | 233,650 | 250,150 | 264,050 | 133,350 |
| 50 | + Advances | 3,500 | - | 26,500 | 14,900 | 9,000 | 1,500 | 20,000 | 18,900 | 5,500 | 500 | 16,500 | 13,900 | 148,000 | 278,700 |
| 51 | + Fees | | | | | | | | | | | | | | - |
| 52 | - Payments | | | | | | | | | | | | | | - |
| 53 | Closing Balance | 136,850 | 136,850 | 163,350 | 178,250 | 187,250 | 188,750 | 208,750 | 227,650 | 233,150 | 233,650 | 250,150 | 264,050 | 412,050 | 412,050 |

**Assumptions**
1 Certain line items include contingency payments which may need to be amended prior to the hearing for final approval of DIP facility.
2 The only projected cash receipts are those proceeds from the DIP loan.
3 The Projected Payroll and related are Consulting Agreements with former employees.
4 Rent terms pursuant to a LOI from Sebastian facility landlord.
5 Insurance is a placeholder for reinstatement of General Liability insurance
6 Marketing expense related to sale of assets. Any individual expense >$1K to be approved by mgmt. Cap of $5K.
7 Other misc expenses include phones, email, internet
Wk 8 includes $5K placeholder for potential newspaper advertising required by Court. This amount could be higher if national advertising is ordered by court
8 Professional fee payments upon approval by Bankruptcy Court
9 Assumes payment to Streambank of $12,500 Wk 3 and balance in 30 days.

Prepared By: K-SAL Group LLC
Based on Information Provided by the Company
Page 2 of 2
4/11/2011
Xstream 13 week FINAL.xlsx