**EXHIBIT A**

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re<br><br>XSTREAM SYSTEMS, INC.<br><br>Debtor. | Chapter 11<br><br>Case No. 11-11086 (CSS) |

**[PROPOSED] ORDER AUTHORIZING DEBTORS TO EMPLOY K-SAL GROUP, LLC *NUNC PRO TUNC* TO THE PETITION DATE AND DESIGNATING KIM HETZEL SALBELLO AS CHIEF RESTRUCTURING OFFICER TO THE DEBTOR PURSUANT TO 11 U.S.C. §§ 105 AND 363 AND GRANTING RELATED RELIEF**

Upon consideration of the motion (the "Motion")[1] of the above captioned debtor and debtor-in-possession (the "Debtor") for entry of an order authorizing the Debtor to employ and retain K-Sal Group, LLC ("K-Sal") as restructuring advisors for the Debtor, *nunc pro tunc* to the Petition Date, pursuant to sections 101 and 363 of title 11 of the United States Code, 11 U.S.C. §§ 101, *et seq*. (the "Bankruptcy Code") and the Declaration of Kim Hetzel Salbello in Support of First Day Motions (the "Salbello Declaration"); and the Court being satisfied based on the representations made in the Motion and the Salbello Declaration that K-Sal is disinterested as that term is defined in section 101(14) of the Bankruptcy Code, as modified by section 1107(b) of the Bankruptcy Code; and it appearing that the relief requested is in the best interests of the Debtor's estate, its creditors, and other parties-in-interest; and it appearing that this Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; and it appearing that this Motion is a core proceeding pursuant to 28 U.S.C. § 157; and adequate notice of the Motion and opportunity for objection having been given; and it appearing that no other notice need be given; and after due deliberation and sufficient cause therefor, it is hereby:

---

[1] Capitalized terms used but not defined herein shall have the same meanings ascribed to them in the Motion.

1. ORDERED that the Motion is granted in its entirety; and it is further

2. ORDERED that, in accordance with sections 101 and 363 of the Bankruptcy Code, the Debtor is authorized to K-Sal *nunc pro tunc* to the Petition Date and designate Ms. Salbello as CRO; and it is further

3. ORDERED that K-Sal shall be entitled to payment according to its compensation arrangements as described in the Motion; and it is further

4. ORDERED that K-Sal shall be compensated in accordance with the terms set forth in the Motion; and it is further

5. ORDERED that this Court retains jurisdiction with respect to all matters arising from or related to the implementation of this Order.

Dated: April __, 2011
Wilmington, Delaware

_____
Honorable Christopher S. Sontchi
United States Bankruptcy Judge