# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| XSTREAM SYSTEMS, INC., | Case No. 11-11086 (CSS) |
| Debtor. | |

## MOTION AND ORDER FOR ADMISSION *PRO HAC VICE*

Pursuant to Local Rule 9010-1 and the attached certification, Jamie L. Edmonson, a member of the bar of this Court, moves the admission *pro hac vice* of Paul A. Rachmuth of the law firm of Gersten Savage LLP, 600 Lexington Avenue, New York, NY 10022-6018 to represent the above-captioned debtor and debtor-in-possession in the above-captioned chapter 11 case.

Dated: April 12, 2011  
       Wilmington, Delaware

BAYARD, P.A.

*/s/ Jamie L. Edmonson*  
Jamie L. Edmonson (No. 4247)  
222 Delaware Avenue, Suite 900  
Wilmington, DE 19801  
Phone: (302) 655-5000  
Fax: (302) 658-6395  
E-mail: jedmonson@bayardlaw.com

*Proposed Co-Counsel for the Debtor*

# CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE*

      Pursuant to Local Rule 9010-1, I certify that I am eligible for admission to this Court and that I am admitted, practicing and in good standing as a member of the Bar of the State of New York. I submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with the Standing Order for District Court Fund effective January 1, 2005, I further certify that the annual fee of $25.00 has been submitted to the Clerk of Court for the District Court.

Dated: April 12, 2011

      */s/ Paul Rachmuth*
Paul Rachmuth
Gersten Savage LLP
600 Lexington Avenue
New York, New York 10022-6018
Telephone: (212) 752-9700
Facsimile: (212) 980-5192
Email: prachmuth@gerstensavage.com

# ORDER GRANTING MOTION

IT IS HEREBY ORDERED that counsel's motion for admission *pro hac vice* is granted.

Date: April _____, 2011
      Wilmington, Delaware

      _____
The Honorable Christopher S. Sontchi
United States Bankruptcy Judge