# SIGN - IN - SHEET

CASE NAME: Xstream Systems
CASE NO: 11-11086 (CSS)

COURTROOM LOCATION: 6
DATE: 4/12/11 AT 2:00 P.M.

| NAME | LAW FIRM OR COMPANY | CLIENT REPRESENTING |
|---|---|---|
| David L. Buchbinder | USTP/DoJ | UST |
| Paul Rachmuth | Gersten Savage | Debtor |
| Jamie Edmonson | Bayard P.A. | Debtor |
| Stu Rivelle | Brele & Grein | XSI |
| | | |
| | | |
| | | |
| | | |

PLEASE PRINT YOUR NAME OR YOUR APPEARANCE MAY NOT BE CORRECTLY NOTED.