# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| XSTREAM SYSTEMS, INC., | Case No. 11-11086 (CSS) |
| Debtor. | |

**NOTICE OF CONTINUED HEARING WITH REGARD TO THE DEBTOR'S MOTION FOR ORDER (A) AUTHORIZING DEBTOR TO OBTAIN INTERIM POST-PETITION FINANCING AND GRANT SECURITY INTEREST IN AND SUPERPRIORITY ADMINISTRATIVE EXPENSE STATUS PURSUANT TO 11 U.S.C. SECTIONS 105, 346(c) AND 364(d); (B) MODIFYING THE AUTOMATIC STAY PURSUANT TO 11 U.S.C. SECTION 362; (C) AUTHORIZING THE DEBTOR TO ENTER INTO AGREEMENTS WITH XSI LLC; AND (D) SCHEDULING A FINAL HEARING**

**PLEASE TAKE NOTICE** that on April 8, 2011, the above-captioned debtor and debtor-in-possession ("Debtor") filed a voluntary petition for relief under chapter 11 of title 11 of the United States Code, 11 U.S.C. §§ 101-1532.

**PLEASE TAKE FURTHER NOTICE** that, in addition to the filing of the voluntary petition, the Debtor filed various first day motions and related pleadings, including the Motion for Order (A) Authorizing Debtor to Obtain Interim Post-Petition Financing and Grant Security Interest and Superpriority Administrative Expense Status Pursuant to 11 U.S.C. Sections 105, 346(c) and 364(d); (B) Modifying the Automatic Stay Pursuant to 11 U.S.C. Section 362; (C) Authorizing Debtor to Enter Into Agreements with XSI LLC; and (D) Scheduling a Final Hearing [Docket No. 5] (the "Motion").

**PLEASE TAKE FURTHER NOTICE** that a hearing (the "First Day Hearing") with respect to the various first day motions, including the Motion, was held on April 12, 2011 at 2:00 p.m. (Prevailing Eastern Time) at the United States Bankruptcy Court for the District of Delaware, 824 North Market Street, 5th Floor, Courtroom 6, Wilmington,

Delaware 19801 before The Honorable Christopher S. Sontchi, United States Bankruptcy Judge for the District of Delaware.

**PLEASE TAKE FURTHER NOTICE** that the Court continued the First Day Hearing with respect to the interim relief sought by the Debtor in the Motion to **April 25, 2011 at 11:00 a.m. (Prevailing Eastern Time)** (the "Interim DIP Hearing").

**PLEASE TAKE FURTHER NOTICE** that all objections, if any, to the Motion may be made at the Interim DIP Hearing.

Dated: April 13, 2011
       Wilmington, Delaware

BAYARD, P.A.

*/s/ Jamie L. Edmonson*
Jamie L. Edmonson (No. 4247)
Daniel A. O'Brien (No.4897)
222 Delaware Avenue, Suite 900
Wilmington, Delaware 19801
Telephone: (302) 655-5000
Facsimile: (302) 658-6395
jedmonson@bayardlaw.com
dobrien@bayardlaw.com

- and -

GERSTEN SAVAGE LLP
Paul Rachmuth, Esq.
600 Lexington Avenue
New York, New York 10022-6018
Telephone: (212) 752-9700
Facsimile: (212) 980-5192
prachmuth@gerstensavage.com

*Proposed Counsel to the Debtor
and Debtor-in-Possession*