# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: : | |
| : | Chapter 11 |
| XSTREAM SYSTEMS, INC., : | |
| : | Case No. 11-11086 (CSS) |
| Debtor. : | |
| : | |

## NOTICE OF APPEARANCE AND
## REQUEST FOR SERVICE OF PAPERS

**PLEASE TAKE NOTICE** that the attorneys set forth below hereby appear on behalf of Rutgers, the State University of New Jersey ("Rutgers") in the above-captioned case, and hereby request pursuant to Section 1109(b) of the Bankruptcy Code and pursuant to Federal Rules of Bankruptcy Procedure 2002 and 9010, that an entry be made on the Clerk's Matrix in this case, and that all notices given or required to be given and all papers served or required to be served in this case be given to and served on:

| | |
|---|---|
| Katharine L. Mayer, Esquire (D.E. Bar I.D. 3758) | Meena Untawale, Esquire |
| McCARTER & ENGLISH, LLP | McCARTER & ENGLISH, LLP |
| Renaissance Centre | Four Gateway Center |
| 405 North King Street, 8th Floor | 100 Mulberry Street |
| Wilmington, DE 19801 | Newark, New Jersey 07102 |
| (302) 984-6300 | Telephone: (973) 622-4444 |
| (302) 984-6399 (Fax) | Facsimile: (973) 624-7070 |
| E-mail: kmayer@mccarter.com | E-mail: muntawale@mccarter.com |

**PLEASE TAKE FURTHER NOTICE** that this request includes not only the notices and papers referred to in the Bankruptcy Rules specified above, but also includes, without limitation, all orders and notices of any application, motion, petition, pleading, request, complaint, or demand, schedules of assets and liabilities, whether formal or informal, whether

ME1 11517541v.1

written or oral, and whether transmitted or conveyed by mail, courier service, hand delivery, telephone, facsimile transmission, telegraph, telex, or otherwise that, among other things (1) affect or seek to affect in any way any rights or interests of any creditor or party-in-interest in this case, including Rutgers, with respect to (a) the debtor, (b) property of the debtor's estate, or proceeds thereof, in which the debtor may claim an interest, or (c) property or proceeds thereof in the possession, custody, or control of others that the debtor may seek to use; or (2) require or seek to require any act, delivery of any property, payment or other conduct by Rutgers.

**PLEASE TAKE FURTHER NOTICE** that neither this Notice of Appearance nor any subsequent appearance, pleading, proof of claim, or suit is intended to waive (i) Rutgers's right to have final orders in non-core matters entered only after *de novo* review by a District Court judge; (ii) Rutgers's right to a jury trial in any proceeding so triable herein or in any case, controversy, or proceeding related hereto; (iii) Rutgers's right to have the reference withdrawn by the District Court in any matter subject to mandatory or discretionary withdrawal; or (iv) any other rights, claims, defenses, setoffs, or recoupments to which Rutgers is or may be entitled under agreements, in law or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments are expressly reserved.

        Respectfully submitted,

        McCARTER & ENGLISH, LLP

Dated: April 19, 2011
Wilmington, DE

        By: /s/ Katharine L. Mayer
            Katharine L. Mayer (DE Bar I.D. 3758)
            Renaissance Centre
            405 N. King Street, 8th Floor
            Wilmington, DE 19801
            (302) 984-6300
            (302) 984-6399 Facsimile
            (302) 984-2494 Direct Facsimile