IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: ) | |
| ) | Case No. 11-11086-CSS |
| Xstream Systems, Inc., ) | |
| ) | Chapter 11 |
| ) | |
| Debtor. ) | |

## ENTRY OF APPEARANCE, REQUEST FOR MATRIX ENTRY, AND REQUEST FOR SERVICE OF NOTICES AND DOCUMENTS

**PLEASE TAKE NOTICE THAT** Kimball International, Inc. ("Kimball"), a party-in-interest in the above-captioned case, hereby appears in the above-captioned case by its counsel, Smith, Katzenstein & Jenkins LLP, and such counsel hereby enters its appearance pursuant to § 1109(b) of the Bankruptcy Code and Bankruptcy Rule 9010(b), and such counsel hereby requests, pursuant to Bankruptcy Rules 2002, 3017 and 9007 and §§ 342 and 1109(b) of the Bankruptcy Code, that copies of all notices and pleadings given or filed in this case be given and served upon it at the following addresses and telecopy and telephone numbers:

| | |
|---|---|
| Kathleen M. Miller<br>Smith, Katzenstein & Jenkins LLP<br>800 Delaware Avenue, 10th Floor<br>P.O. Box 410<br>Wilmington, DE 19899<br>Courier: 19801<br>Telephone: 302-652-8400<br>Telecopy: 302-652-8405<br>E-mail:kmiller@skjlaw.com | James Rossow, Jr.<br>Rubin & Levin, P.C.<br>500 Marott Center<br>342 Massachusetts Avenue<br>Indianapolis, IN 46204<br>Telephone: 317-860-2893<br>Telecopy: 317-453-8619<br>jim@rubin-levin.net |

93013|PLDG|10140290.WPD

Dated: April 20, 2011       SMITH, KATZENSTEIN & JENKINS LLP

/s/ Kathleen M. Miller
Kathleen M. Miller (I.D. No. 2898)
800 Delaware Avenue, 10th Floor
P.O. Box 410
Wilmington, DE 19899
Telephone: 302-652-8400
Telecopy: 302-652-8405
E-mail: kmiller@skjlaw.com

*Attorneys for Kimball International, Inc.*