## CERTIFICATE OF SERVICE

I hearby certify that on this **20th** day of **April, 2011** a copy of the foregoing **Notice of Appearance, Request For Matrix Entry, and Request for Service of Notices and Documents** was served on following parties by first class mail:

Jamie Lynne Edmonson
Bayard PA
222 Delaware Avenue
Wilmington, DE 19801
*Counsel for Debtors*

                                                    */s/ Kathleen M. Miller*
                                                    Kathleen M. Miller (I.D. 2898)