**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>XSTREAM SYSTEMS, INC.,<br><br>      Debtor. | Chapter 11<br><br>Case No. 11-11086 (CSS) |

**NOTICE OF AGENDA OF MATTERS SCHEDULED
FOR HEARING ON APRIL 25, 2011 AT 11:00 A.M.**

**UNCONTESTED MATTERS GOING FORWARD:**

1. Motion for Order (A) Authorizing Debtor to Obtain Interim Post-Petition Financing and Grant Security Interest and Superpriority Administrative Expense Status Pursuant to 11 U.S.C. Sections 105, 346(c) and 364(d); (B) Modifying the Automatic Stay Pursuant to 11 U.S.C. Section 362; (C) Authorizing Debtor to Enter Into Agreements with XSI LLC; and (D) Scheduling a Final Hearing [Docket No. 5; Filed 4/11/2011]

    *Objection Deadline*: At the hearing on April 25, 2011 at 11:00 a.m.

    *Related Documents*:

      A. Notice of Continued Hearing With Regard to the Debtor's Motion for Order (A) Authorizing Debtor to Obtain Interim Post-Petition Financing and Grant Security Interest and Superpriority Administrative Expense Status Pursuant to 11 U.S.C. Sections 105, 346(c) and 364(d); (B) Modifying the Automatic Stay Pursuant to 11 U.S.C. Section 362; (C) Authorizing Debtor to Enter Into Agreements with XSI LLC; and (D) Scheduling a Final Hearing [Docket No. 15; Filed 4/13/2011];

      B. Certification of Counsel Regarding Order (A) Authorizing Debtor to Use Cash Collateral and Obtain Interim Post-Petition Financing and Superpriority Administrative Expense Status Pursuant to 11 U.S.C. Sections 105 and 364(c); and (B) Granting Related Relief [Docket No. 21; Filed 4/17/2011]; and

C. Order (A) Authorizing Debtor to Use Cash Collateral and Obtain Interim Post-Petition Financing and Superpriority Administrative Expense Status Pursuant to 11 U.S.C. Sections 105 and 364(c); and (B) Granting Related Relief [Docket No. 22; Filed 4/18/2011].

*Responses Received*:

A. Informal comments from the United States Trustee.

*Status*: This matter is going forward on an interim basis.

Dated: April 20, 2011
      Wilmington, Delaware

BAYARD, P.A.

*/s/ Jamie L. Edmonson*
Jamie L. Edmonson (No. 4247)
Daniel A. O'Brien (No.4897)
222 Delaware Avenue, Suite 900
Wilmington, Delaware 19801
Telephone: (302) 655-5000
Facsimile: (302) 658-6395
jedmonson@bayardlaw.com
dobrien@bayardlaw.com

- and -

GERSTEN SAVAGE LLP
Paul Rachmuth, Esq.
600 Lexington Avenue
New York, New York 10022-6018
Telephone: (212) 752-9700
Facsimile: (212) 980-5192
prachmuth@gerstensavage.com

*Proposed Counsel to the Debtor
and Debtor-in-Possession*