# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| XSTREAM SYSTEMS, INC., | Case No. 11-11086 (CSS) |
| Debtor. | |

## THIRD AMENDED[1] NOTICE OF AGENDA OF MATTERS SCHEDULED FOR HEARING ON APRIL 25, 2011 AT 11:00 A.M.

### [HEARING CANCELLED AT THE DIRECTION OF THE COURT]

UNCONTESTED MATTERS GOING FORWARD:

1. Motion for Order (A) Authorizing Debtor to Obtain Interim Post-Petition Financing and Grant Security Interest and Superpriority Administrative Expense Status Pursuant to 11 U.S.C. Sections 105, 346(c) and 364(d); (B) Modifying the Automatic Stay Pursuant to 11 U.S.C. Section 362; (C) Authorizing Debtor to Enter Into Agreements with XSI LLC; and (D) Scheduling a Final Hearing [Docket No. 5; Filed 4/11/2011]

    *Objection Deadline*:  At the hearing on April 25, 2011 at 11:00 a.m.

    *Related Documents*:

    A.  Notice of Continued Hearing With Regard to the Debtor's Motion for Order (A) Authorizing Debtor to Obtain Interim Post-Petition Financing and Grant Security Interest and Superpriority Administrative Expense Status Pursuant to 11 U.S.C. Sections 105, 346(c) and 364(d); (B) Modifying the Automatic Stay Pursuant to 11 U.S.C. Section 362; (C) Authorizing Debtor to Enter Into Agreements with XSI LLC; and (D) Scheduling a Final Hearing [Docket No. 15; Filed 4/13/2011];

    B.  Certification of Counsel Regarding Order (A) Authorizing Debtor to Use Cash Collateral and Obtain Interim Post-Petition Financing and Superpriority Administrative Expense Status Pursuant to 11 U.S.C. Sections 105 and 364(c); and (B) Granting Related Relief [Docket No. 21; Filed 4/17/2011]; and

---

[1] **Amended items appear in bold.**

  C. Order (A) Authorizing Debtor to Use Cash Collateral and Obtain Interim Post-Petition Financing and Superpriority Administrative Expense Status Pursuant to 11 U.S.C. Sections 105 and 364(c); and (B) Granting Related Relief [Docket No. 22; Filed 4/18/2011].

*Responses Received*:

  A. Informal comments from the United States Trustee;

  B. Limited Objection to Motion for Order Authorizing Debtor to Obtain Post-Petition Financing and Grant Security Interests and Superpriority Administrative Expense Status, Etc. [Docket No. 34; Filed 4/22/2011]; and

  C. Objection Of Brian Mayo To Motion For Order (A) Authorizing Debtor To Obtain Interim Post-Petition Financing And Grant Security Interests And Superpriority Administrative Expenses Status Pursuant To 11 U.S.C. Sections 105, 364(c) and 364(d); (B) Modifying The Automatic Stay Pursuant To 11 U.S.C. Section 362; (C) Authorizing Debtor To Enter Into Agreements With XSI LLC; and (D) Scheduling A Final Hearing Pursuant To Bankruptcy Rule 4001 [Docket No. 36; Filed 4/22/2011].

***Status*:** **This matter has been adjourned to May 6, 2011 at 2:00 p.m.**

| | |
|---|---|
| Dated: April 25, 2011<br>      Wilmington, Delaware | BAYARD, P.A.<br><br>*/s/ Jamie L. Edmonson*<br>Jamie L. Edmonson (No. 4247)<br>Daniel A. O'Brien (No.4897)<br>222 Delaware Avenue, Suite 900<br>Wilmington, Delaware 19801<br>Telephone: (302) 655-5000<br>Facsimile: (302) 658-6395<br>jedmonson@bayardlaw.com<br>dobrien@bayardlaw.com<br><br>   - and -<br><br>GERSTEN SAVAGE LLP<br>Paul Rachmuth, Esq.<br>600 Lexington Avenue<br>New York, New York 10022-6018<br>Telephone: (212) 752-9700<br>Facsimile: (212) 980-5192<br>prachmuth@gerstensavage.com<br><br>*Proposed Counsel to the Debtor*<br>*and Debtor-in-Possession* |