IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re<br><br>XSTREAM SYSTEMS, INC.<br><br>Debtor. | Chapter 11<br><br>Case No. 11-11086 (CSS) |

## MOTION AND ORDER FOR ADMISSION PRO HAC VICE

Joseph H. Huston, Jr., a member of the bar of this Court, pursuant to District Court Local Rule 83.5, moves the admission *pro hac vice* of Kevin T. Lamb of Gunster, Yoakley & Stewart, P.A. to represent Brian Mayo in this proceeding.

/s/ Joseph H. Huston, Jr.
Joseph H. Huston, Jr. (No. 4035)
STEVENS & LEE, P.C
1105 North Market Street, Suite 700
Wilmington, DE 19801
(302) 425-3310

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bars of the State of Florida, the District of Columbia, and the Commonwealths of Massachusetts and Virginia; the Supreme Court of the United States; and the United States District Courts for the Middle and Southern Districts of Florida, and the District of Massachusetts. Pursuant to Local Rule 83.6, I submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with the Standing Order for District Court Fund effective July 23, 2009, I further certify that the annual fee of $25.00 has been or will be submitted to the Clerk's Office with the filing of this motion.

Kevin T. Lamb
Gunster, Yoakley & Stewart, P.A.
777 South Flagler Drive
Phillips Point, East Tower - Suite 500
West Palm Beach, FL 33401
klamb@gunster.com

Motion granted.

Date:_____

BY THE COURT:

_____
UNITED STATES BANKRUPTCY JUDGE