UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

In re Xstream Systems, Inc.
   Debtor

Case No. 11-11086 (CSS)

## INITIAL MONTHLY OPERATING REPORT
File report and attachments with Court and submit copy to United States Trustee within 15 days after order for relief.

Certificates of insurance must name United States Trustee as a party to be notified in the event of policy cancellation. Bank accounts and checks must bear the name of the debtor, the case number, and the designation "Debtor in Possession." Examples of acceptable evidence of Debtor in Possession Bank accounts include voided checks, copy of bank deposit agreement/certificate of authority, signature card, and/or corporate checking resolution.

| REQUIRED DOCUMENTS | Document Attached | Explanation Attached |
|---|---|---|
| 12-Month Cash Flow Projection (Form IR-1) | | X (13-wk budget) |
| **Certificates of Insurance:** | | |
|  Workers Compensation | | |
|  Property | | |
|  General Liability | X | |
|  Vehicle | | |
|  Other: | | |
|  Identify areas of self-insurance w/liability caps | | |
| **Evidence of Debtor in Possession Bank Accounts** | | |
|  Tax Escrow Account | | |
|  General Operating Account | X | |
|  Money Market Account pursuant to Local Rule 4001-3. Refer to http://www.deb.uscourts.gov/ | | |
|  Other: | | |
| **Retainers Paid (Form IR-2)** | X | |

I declare under penalty of perjury (28 U.S.C. Section 1746) that this report and the documents attached are true and correct to the best of my knowledge and belief.

_____
Signature of Debtor

_____
Date

_____
Signature of Joint Debtor

_____
Date

*/s/ Kim Salibello*
Signature of Authorized Individual*

<u>May 2, 2011</u>
Date

Kim Salibello
Printed Name of Authorized Individual

<u>Chief Restructuring Officer</u>
Title of Authorized Individual

*Authorized individual must be an officer, director or shareholder if debtor is a corporation; a partner if debtor is a partnership; a manager or member if debtor is a limited liability company.

FORM IR
(4/07)

Xstream Systems, Inc
13 WEEK CASH FLOW PROJECTION
April 9 thru July 8, 2011

STRICTLY CONFIDENTIAL

| IR | | Projected Wk 1 15-Apr | Projected Wk 2 22-Apr | Projected Wk 3 29-Apr | Projected Wk 4 6-May | Projected Wk 5 13-May | Projected Wk 6 20-May | Projected Wk 7 27-May | Projected Wk 8 3-Jun | Projected Wk 9 10-Jun | Projected Wk 10 17-Jun | Projected Wk 11 24-Jun | Projected Wk 12 1-Jul | Projected Wk 13 8-Jul | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | **CASH RECEIPTS & DISBURSEMENTS** | | | | | | | | | | | | | | |
| 2 | | | | | | | | | | | | | | | |
| 3 | **RECEIPTS** | | | | | | | | | | | | | | |
| 6 | Loan Receipts- DIP | 3,500 | 500 | 26,500 | 14,900 | 9,000 | 1,500 | 20,000 | 18,900 | 5,500 | 500 | 16,500 | 13,900 | 148,000 | 279,200 |
| 7 | Total Receipts | 3,500 | 500 | 26,500 | 14,900 | 9,000 | 1,500 | 20,000 | 18,900 | 5,500 | 500 | 16,500 | 13,900 | 148,000 | 279,200 |
| 8 | | | | | | | | | | | | | | | |
| 9 | **DISBURSEMENTS** | | | | | | | | | | | | | | |
| 10 | *Operating Disbursements* | | | | | | | | | | | | | | |
| 11 | Vendor Payments | | | | | | | | | | | | | | |
| 12 | Payroll & Related | | | 1,000 | 8,400 | | | 1,000 | 8,400 | | | 1,000 | 8,400 | | 28,200 |
| 13 | Rent | | | | 5,000 | | | | 5,000 | | | | 5,000 | | 15,000 |
| 14 | Insurance- estimate for Gen'l Liability | 3,000 | | | | | | | | | | | | | 3,000 |
| 15 | Marketing | | | | | | | | | | | | | | |
| 16 | Other | 500 | 500 | | 1,000 | 1,000 | 1,000 | 1,000 | | 500 | 500 | 500 | 500 | 500 | 11,500 |
| 17 | Total Operating Disbursements | 3,500 | 500 | 1,500 | 14,900 | 1,500 | 1,500 | 2,500 | 18,900 | 500 | 500 | 1,500 | 13,900 | 500 | 64,700 |
| 18 | | | | | | | | | | | | | | | |
| 19 | Professional Fees | | | 25,000 | | 7,500 | | 17,500 | | 5,000 | | 15,000 | | 147,500 | 217,500 |
| 20 | UST Fees | | | | | | | | | | | | | | |
| 21 | Interest | | | | | | | | | | | | | | |
| 22 | Total Disbursements | 3,500 | 500 | 26,500 | 14,900 | 9,000 | 1,500 | 20,000 | 18,900 | 5,500 | 500 | 16,500 | 13,900 | 148,000 | 279,200 |
| 23 | | | | | | | | | | | | | | | |
| 24 | **CASH BALANCE** | | | | | | | | | | | | | | |
| 25 | | | | | | | | | | | | | | | |
| 26 | Beginning Balance | 3,278 | 3,278 | 3,278 | 3,278 | 3,278 | 3,278 | 3,278 | 3,278 | 3,278 | 3,278 | 3,278 | 3,278 | 3,278 | |
| 27 | Change in Cash | - | - | - | - | - | - | - | - | - | - | - | - | - | |
| 28 | Ending Balance | 3,278 | 3,278 | 3,278 | 3,278 | 3,278 | 3,278 | 3,278 | 3,278 | 3,278 | 3,278 | 3,278 | 3,278 | 3,278 | |

Xstream Systems, Inc
13 WEEK CASH FLOW PROJECTION
April 9 thru July 8, 2011

| ID | | Projected Wk 1 15-Apr | Projected Wk 2 22-Apr | Projected Wk 3 29-Apr | Projected Wk 4 6-May | Projected Wk 5 13-May | Projected Wk 6 20-May | Projected Wk 7 27-May | Projected Wk 8 3-Jun | Projected Wk 9 10-Jun | Projected Wk 10 17-Jun | Projected Wk 11 24-Jun | Projected Wk 12 1-Jul | Projected Wk 13 8-Jul | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 31 | | | | | | | | | | | | | | | |
| 39 | | | | | | | | | | | | | | | |
| 40 | **Professional Fees** | | | | | | | | | | | | | | |
| 41 | K-Sal | 0 | | 12,500 | | 7,500 | | 5,000 | | 5,000 | | 2,500 | | 2,500 | 35,000 |
| 42 | Gerston Savage | | | | | | | | | | | | | 85,000 | 85,000 |
| 43 | Bayard (Local counsel) | | | | | | | | | | | | | 35,000 | 35,000 |
| 44 | StreamBank | 0 | | 12,500 | | | | 12,500 | | | | 12,500 | | | 37,500 |
| 45 | Committee Carve out | | | | | | | | | | | | | 25,000 | 25,000 |
| 46 | | | | 25,000 | | 7,500 | | 17,500 | | 5,000 | | 15,000 | | 147,500 | 217,500 |
| 47 | | | | | | | | | | | | | | | |
| 48 | **LOANS OUTSTANDING** | | | | | | | | | | | | | | |
| 49 | Opening Balance | 133,350 | 136,850 | 136,850 | 163,350 | 178,250 | 187,250 | 188,750 | 208,750 | 227,650 | 233,150 | 233,650 | 250,150 | 264,050 | 133,350 |
| 50 | + Advances | 3,500 | - | 26,500 | 14,900 | 9,000 | 1,500 | 20,000 | 18,900 | 5,500 | 500 | 16,500 | 13,900 | 148,000 | 278,700 |
| 51 | + Fees | | | | | | | | | | | | | | |
| 52 | - Payments | | | | | | | | | | | | | | |
| 53 | Closing Balance | 136,850 | 136,850 | 163,350 | 178,250 | 187,250 | 188,750 | 208,750 | 227,650 | 233,150 | 233,650 | 250,150 | 264,050 | 412,050 | 412,050 |

**Assumptions**
1 Certain line items include contingency payments which may need to be amended prior to the hearing for final approval of DIP facility.
2 The only projected cash receipts are those proceeds from the DIP loan.
3 The Projected Payroll and related are Consulting Agreements with former employees.
4 Rent terms pursuant to a LOI from Sebastian facility landlord.
5 Insurance is a placeholder for reinstatement of General Liability Insurance
6 Marketing expense related to sale of assets. Any individual expense >$1K to be approved by mgmt. Cap of $5K.
7 Other misc expenses include phones, email, internet.
Wk 8 includes $5K placeholder for potential newspaper advertising required by Court. This amount could be higher if national advertising is ordered by court
8 Professional fee payments upon approval by Bankruptcy Court
9 Assumes payment to Streambank of $12,500 Wk 3 and balance in 30 days.



| | | OP ID: MT |
|---|---|---|
| **CERTIFICATE OF LIABILITY INSURANCE** | | DATE (MM/DD/YYYY) 04/28/11 |

THIS CERTIFICATE IS ISSUED AS A MATTER OF INFORMATION ONLY AND CONFERS NO RIGHTS UPON THE CERTIFICATE HOLDER. THIS CERTIFICATE DOES NOT AFFIRMATIVELY OR NEGATIVELY AMEND, EXTEND OR ALTER THE COVERAGE AFFORDED BY THE POLICIES BELOW. THIS CERTIFICATE OF INSURANCE DOES NOT CONSTITUTE A CONTRACT BETWEEN THE ISSUING INSURER(S), AUTHORIZED REPRESENTATIVE OR PRODUCER, AND THE CERTIFICATE HOLDER.

IMPORTANT: If the certificate holder is an ADDITIONAL INSURED, the policy(ies) must be endorsed. If SUBROGATION IS WAIVED, subject to the terms and conditions of the policy, certain policies may require an endorsement. A statement on this certificate does not confer rights to the certificate holder in lieu of such endorsement(s).

PRODUCER
Brown & Brown of Florida, Inc.
1201 W Cypress Creek Rd # 130
P.O. Box 5727
Ft. Lauderdale, FL 33310-5727
Commercial Lines House
954-776-2222
954-776-4446

CONTACT NAME:
PHONE (A/C, No, Ext):
FAX (A/C, No):
E-MAIL ADDRESS:
PRODUCER CUSTOMER ID #: XSTRE-1

INSURED
XStream Systems, Inc
Attn: Kim Salibello
10305 102nd Terrace
Sebastian, FL 32958

| INSURER(S) AFFORDING COVERAGE | NAIC # |
|---|---|
| INSURER A : Evanston Insurance Company | 35378 |
| INSURER B : | |
| INSURER C : | |
| INSURER D : | |
| INSURER E : | |
| INSURER F : | |

**COVERAGES**  CERTIFICATE NUMBER:  REVISION NUMBER:

THIS IS TO CERTIFY THAT THE POLICIES OF INSURANCE LISTED BELOW HAVE BEEN ISSUED TO THE INSURED NAMED ABOVE FOR THE POLICY PERIOD INDICATED. NOTWITHSTANDING ANY REQUIREMENT, TERM OR CONDITION OF ANY CONTRACT OR OTHER DOCUMENT WITH RESPECT TO WHICH THIS CERTIFICATE MAY BE ISSUED OR MAY PERTAIN, THE INSURANCE AFFORDED BY THE POLICIES DESCRIBED HEREIN IS SUBJECT TO ALL THE TERMS, EXCLUSIONS AND CONDITIONS OF SUCH POLICIES. LIMITS SHOWN MAY HAVE BEEN REDUCED BY PAID CLAIMS.

| INSR LTR | TYPE OF INSURANCE | ADDL INSR | SUBR WVD | POLICY NUMBER | POLICY EFF (MM/DD/YYYY) | POLICY EXP (MM/DD/YYYY) | LIMITS | |
|---|---|---|---|---|---|---|---|---|
| A | **GENERAL LIABILITY** X COMMERCIAL GENERAL LIABILITY X CLAIMS-MADE ☐ OCCUR | | | SP851741 | 04/15/11 | 04/15/12 | EACH OCCURRENCE | $ 1,000,000 |
| | | | | | | | DAMAGE TO RENTED PREMISES (Ea occurrence) | $ 100,000 |
| | | | | | | | MED EXP (Any one person) | $ |
| | | | | | | | PERSONAL & ADV INJURY | $ 1,000,000 |
| | | | | | | | GENERAL AGGREGATE | $ 2,000,000 |
| | GEN'L AGGREGATE LIMIT APPLIES PER: ☐ POLICY ☐ PROJECT ☐ LOC | | | | | | PRODUCTS - COMP/OP AGG | $ 2,000,000 |
| | | | | | | | | $ |
| | **AUTOMOBILE LIABILITY** ☐ ANY AUTO ☐ ALL OWNED AUTOS ☐ SCHEDULED AUTOS ☐ HIRED AUTOS ☐ NON-OWNED AUTOS | | | | | | COMBINED SINGLE LIMIT (Ea accident) | $ |
| | | | | | | | BODILY INJURY (Per person) | $ |
| | | | | | | | BODILY INJURY (Per accident) | $ |
| | | | | | | | PROPERTY DAMAGE (Per accident) | $ |
| | | | | | | | | $ |
| | | | | | | | | $ |
| | **UMBRELLA LIAB** ☐ OCCUR **EXCESS LIAB** ☐ CLAIMS-MADE DEDUCTIBLE RETENTION $ | | | | | | EACH OCCURRENCE | $ |
| | | | | | | | AGGREGATE | $ |
| | | | | | | | | $ |
| | | | | | | | | $ |
| | **WORKERS COMPENSATION AND EMPLOYERS' LIABILITY** Y / N ANY PROPRIETOR/PARTNER/EXECUTIVE OFFICER/MEMBER EXCLUDED? (Mandatory in NH) If yes, describe under DESCRIPTION OF OPERATIONS below | N/A | | | | | WC STATU-TORY LIMITS ☐ OTH-ER ☐ | |
| | | | | | | | E.L. EACH ACCIDENT | $ |
| | | | | | | | E.L. DISEASE - EA EMPLOYEE | $ |
| | | | | | | | E.L. DISEASE - POLICY LIMIT | $ |

DESCRIPTION OF OPERATIONS / LOCATIONS / VEHICLES (Attach ACORD 101, Additional Remarks Schedule, if more space is required)

| CERTIFICATE HOLDER | CANCELLATION |
|---|---|
| Office of the United States Trustee -District of Delaware David Buchbinder 844 King Street Wimington, DE 19801 | SHOULD ANY OF THE ABOVE DESCRIBED POLICIES BE CANCELLED BEFORE THE EXPIRATION DATE THEREOF, NOTICE WILL BE DELIVERED IN ACCORDANCE WITH THE POLICY PROVISIONS. AUTHORIZED REPRESENTATIVE *[signature]* |

© 1988-2009 ACORD CORPORATION. All rights reserved.
ACORD 25 (2009/09)   The ACORD name and logo are registered marks of ACORD

| Bank: | Wachovia Bank |
| --- | --- |
| Address: | 1524 US Highway 1<br>Sebastian, FL. 32958 |
| Account name: | XStream Systems Inc |
| Account #: | 2000041647378 |

# WACHOVIA
### A Wells Fargo Company

## Wachovia Business Online

### ACCOUNT ACTIVITY

**I want to...**
View Recent Activity
Transfer Funds
Pay Bills
View Paper Statements
Order Checks
Check Search
View Check Card Rewards
Go to Customer Service Page

**Account** BUS CASH MGR *7378 [Go] **Action**

---

**Find Transactions**

**Date Range:** Previous Statement  -OR- ☐ to ☐
  (MM/DD/YYYY)   (MM/DD/YYYY)

**Sort By:** All Transaction Types

[Go]

**Note:** You have up to 90 days of account history available.
To view up to 7 years, go to View Paper Statements

Posted Balance 04/19/2011 : $2,573.79 *   Available Balance as of 04/20/2011 : $2,573.79 **   Check Card Holds : **View Details**

**Transactions for: BUS CASH MGR *7378**

| Date ▼ | Type | Description | Withdrawals | Deposits | Balance |
|---|---|---|---|---|---|
| 03/31/2011 | Other | FUNDS TRANSFER (ADVICE 2011033100042554) | $3,500.00 | | $3,741.29 |
| 03/30/2011 | Purchase | PURCHASE DEPARTMENT OF REVE 03/29 | $51.38 | | $7,241.29 |
| 03/30/2011 | Deposit | FUNDS TRANSFER (ADVICE 2011033000030440) | | $5,000.00 | $7,292.67 |
| 03/28/2011 | Other | COUNTER WTH | $1,000.00 | | $2,292.67 |
| 03/28/2011 | Purchase | PURCHASE OFFICE DEPOT 00 5950 20 03/25 | $246.09 | | $3,292.67 |
| 03/25/2011 | Deposit | FUNDS TRANSFER (ADVICE 2011032500040270) | | $3,100.00 | $3,538.76 |
| 03/22/2011 | Other | FUNDS TRANSFER (ADVICE 2011032200014511) | $9,000.00 | | $438.76 |
| 03/21/2011 | Other | FUNDS TRANSFER (ADVICE 2011032100024562) | $2,500.00 | | $9,438.76 |
| 03/21/2011 | Deposit | COUNTER DEP | | $9,000.00 | $11,938.76 |
| 03/18/2011 | Deposit | FUNDS TRANSFER (ADVICE 2011031800043520) | | $2,500.00 | $2,938.76 |
| 03/17/2011 | Other | AUTOMATED DEBIT AT&T ONLINE PMT | $218.39 | | $438.76 |
| 03/11/2011 | Check View | CHECK 5007 | $40.88 | | $657.15 |
| 03/10/2011 | Other | COUNTER WTH | $7,400.00 | | $698.03 |
| 03/10/2011 | Deposit | FUNDS TRANSFER (ADVICE 2011031000016507) | | $7,400.00 | $8,098.03 |
| 03/09/2011 | Other | COMMERCIAL SERVICE CHARGES FOR FEBRUARY 2011 | $40.38 | | $698.03 |
| 03/09/2011 | Purchase | PURCHASE MAILSTREET 03/07 | $551.40 | | $738.41 |

1 - 16 of 16

\* Includes transactions that have cleared your account as of the close of the previous business day. See help with this page for more details.
\*\* Transactions that have been authorized but not yet posted are included. See help with this page for more details.

Customer Agreement   Privacy   Security   Legal
© 2011 Wells Fargo. All rights reserved.

Wachovia Bank and Wachovia Bank of Delaware, division of Wells Fargo Bank, N.A. Member FDIC

In re XStream Systems, Inc.
Debtor

Case No. 11-11086 (CSS)
Reporting Period: As of April 8, 2011

## SCHEDULE OF RETAINERS PAID TO PROFESSIONALS

(This schedule is to include each Professional paid a retainer [1])

| Payee | Check Date | Check Number | Name of Payor | Amount | Amount Applied to Date | Balance |
|---|---|---|---|---|---|---|
| K-Sal Group LLC | Various | wire | XStream Systems Inc | 15,000.00 | 10,107.50 | 4,892.50 |
| K-Sal Group LLC | 4/7/2011 | wire | XStream Systems Inc | 5,000.00 | 0.00 | 5,000.00 |
| Bayard, P.A. | 4/7/2011 | wire | XStream Systems Inc | 13,539.00 | 8,393.70 | 5,145.30 |
| Gersten Savage | 12/23/2010 | wire | Directors of XStream on behalf of XStream Syster | 40,000.00 | 40,000.00 | 0.00 |
| Gersten Savage | 12/28/2010 | wire | Directors of XStream on behalf of XStream Syster | 15,000.00 | 15,000.00 | 0.00 |
| Gersten Savage | 1/3/2011 | wire | Directors of XStream on behalf of XStream Syster | 5,000.00 | 5,000.00 | 0.00 |
| Gersten Savage | 1/10/2011 | wire | Directors of XStream on behalf of XStream Syster | 10,000.00 | 10,000.00 | 0.00 |
| Gersten Savage | 1/18/2011 | wire | Directors of XStream on behalf of XStream Syster | 5,000.00 | 5,000.00 | 0.00 |
| Gersten Savage | 4/7/2011 | wire | XSI | 75,000.00 | 47,907.21 | 27,092.79 |

[1] Identify all Evergreen Retainers

Form IR-2
(4/07)