# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| XSTREAM SYSTEMS, INC., | Case No. 11-11086 (CSS) |
| Debtor. | |

## NOTICE OF CHANGE OF ADDRESSES

PLEASE TAKE NOTICE that the addresses for the following creditors contained on the creditor matrix have changed and any further correspondence should be mailed to:

1. Patricia A. Earl: 10232 Middletown Pike, Bowling Green, OH 43402; and

2. Trout Group: 740 Broadway, 9th Floor, New York, NY 10003.

Dated: May 5, 2011   BAYARD, P.A.
Wilmington, Delaware

                                            */s/ Jamie L. Edmonson*
                                            Jamie L. Edmonson (No. 4247)
                                            Daniel A. O'Brien (No.4897)
                                            222 Delaware Avenue, Suite 900
                                            Wilmington, Delaware 19801
                                            Telephone: (302) 655-5000
                                            Facsimile: (302) 658-6395
                                            jedmonson@bayardlaw.com
                                            dobrien@bayardlaw.com

                                                           - and -

                                            GERSTEN SAVAGE LLP
                                            Paul Rachmuth, Esq.
                                            600 Lexington Avenue
                                            New York, New York 10022-6018
                                            Telephone: (212) 752-9700
                                            Facsimile: (212) 980-5192
                                            prachmuth@gerstensavage.com

                                            *Proposed Counsel to the Debtor*
                                            *and Debtor-in-Possession*