**UNITED STATES DEPARTMENT OF JUSTICE**
**OFFICE OF THE UNITED STATES TRUSTEE**
**DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| IN THE MATTER OF: | : | Chapter 11 |
| | : | |
| XStream Systems, Inc. | : | Case No. 11-11086 (CSS) |
| | : | |
| | : | NOTICE OF APPOINTMENT OF |
| | : | COMMITTEE OF UNSECURED |
| Debtors. | : | CREDITORS |

--------------------------------

        Pursuant to Section 1102(a)(1) of the Bankruptcy Code, I hereby appoint the following persons to the Committee of Unsecured Creditors in connection with the above captioned case:

1.  **Alan Clock**, 740 Champions Close, Milton GA 30004, Phone: 770-664-9087, Fax: 770-664-7878

2.  **Brian Mayo**, 320 Reef Road, Vero Beach FL 32963, Phone: 772-321-0953

3.  **Bowne of Atlanta**, Attn: Dan Pevonka, c/o RR Donnelley, 3075 Highland Pkwy, Downers Grove IL 60515, Phone: 630-322-6931, Fax: 630-322-6873

        ROBERTA A. DEANGELIS
        United States Trustee, Region 3


        /s/David Buchbinder,  for
        T. PATRICK TINKER
        ASSISTANT UNITED STATES TRUSTEE

DATED: May 10, 2011

Attorney assigned to this Case: David Buchbinder, Esquire, Phone: (302) 573-6491, Fax: (302) 573-6497
Debtors' Counsel: Jamie Lynn Edmonson, Esquire, Phone: (302) 429-4234, Fax: (302) 658-6395