EXHIBIT A

[Declaration of Jack Hazan]

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re<br><br>XSTREAM SYSTEMS, INC.<br><br>Debtor. | Chapter 11<br><br>Case No. 11-11086 (CSS) |

**DECLARATION OF JACK HAZAN IN SUPPORT OF MOTION FOR AN ORDER AUTHORIZING AND APPROVING (I) THE DEBTOR'S EMPLOYMENT AND RETENTION OF STREAMBANK, LLC AS INVESTMENT BANKER; (II) THE TERMS OF STREAMBANK LLC'S COMPENSATION; (III) A WAIVER OF LOCAL RULE 2016-2(d); AND (IV) THE PROCEDURES FOR THE SALE OF THE DEBTORS' PROPERTY**

I, Jack Hazan, hereby declare as follows to be true under penalty of perjury:

## I. BACKGROUND

1. I am over the age of eighteen and reside in Brooklyn, New York.

2. I make this declaration in support of the Motion for an Order Authorizing and Approving (I) the Debtor's Employment and Retention of Streambank, LLC as Investment Banker; (II) the Terms of Streambank, LLC's Compensation; (III) A Waiver Of Local Rule 2016-2(D); And (IV) The Procedures For The Sale Of The Debtor's Property (the "Motion").

3. The facts and circumstances described herein are true to the best of my knowledge after due inquiry.

4. I am a Principal of Streambank, LLC. ("Streambank"), a consulting firm focused on maximizing value of intellectual property, primarily for distressed companies.

### Streambank Qualifications

5. Streambank is one of the leading intellectual property disposition consultants in the country. Streambank has extensive experience in and an excellent reputation for providing

high quality intellectual property disposition services to large and complex companies in bankruptcy proceedings and other distressed situations.

6. Streambank has participated in the sale of intellectual property ("IP") related assets in bankruptcy proceedings and for creditor benefit in numerous cases. Streambank recently has conducted IP sales in numerous bankruptcy cases including Mervyn's, KB Toys, Goody's Family Clothing, Circuit City, Movie Gallery, and Anchor Blue Holding Corp. In addition to selling the Circuit City trademarks in their chapter 11 case, we were recently retained by the Circuit City Liquidating Trust to sell their remaining patent portfolios. We were also recently retained by the chapter 7 trustee in the Tavern on the Green case to sell intellectual property. Additionally, one of Streambank's principals, Gabriel Fried, handled the sale of a substantial patent portfolio on behalf of the Collins & Aikman Post-Consummation Trust. This portfolio was sold to numerous different buyers in a non-auction format over the course of 12 months. Streambank also provides intellectual property valuation services for lenders as well as for dispute resolution and plan confirmations.

7. I earned my undergraduate B.S. degree in Finance from New York University School of Business and Public Administration and a J.D. from Benjamin Cardozo School of Law. Prior to joining Streambank in 2009, among other things, I served as a General Counsel of a billion dollar retail electronics chain, liquidating trustee under a chapter 11 plan and practiced as a bankruptcy attorney at Kramer Levin Naftalis and Frankel.

8. Additionally, Streambank's founding principal, Gabriel Fried has extensive experience in intellectual property related matters. He has written about and presented on the topic of IP monetization in distressed situations on many occasions including at the 2006

national meeting of the Turnaround Management Association and at the 2008 Distressed Retail Conference, and a 2011 meeting of the Intangible Asset Finance Society.

9. I have reviewed the Assets[3] and, as described above, Streambank is familiar with the marketing and sale of similar assets in circumstances similar to that of the Debtor. Additionally, our extensive valuation experience gives us a broad knowledge base of intellectual property assets and their relevant value.

10. The partners, principals and professional staff of Streambank do not have any connections to the Debtor, its creditors, or other parties-in-interest in this chapter 11 case.

11. I and/or the staff at Streambank reviewed the annexed list of potentially adverse parties (Schedule 1) and found no conflict with Streambank being engaged by the Debtor.

12. Pursuant to Streambank's proposed engagement letter, a copy of which is annexed to the Motion as Exhibit "A", Streambank will receive the following compensation for its engagement by the Debtor:

    a    $12,500 as an initial retainer payment upon the approval of Streambank's retention by the Bankruptcy Court;

    b    $12,500 monthly thereafter, commencing thirty days from approval of Streambank's retention by the Bankruptcy Court (with a maximum of $50,000);

    c    A "success fee" equal to 15% of the difference between any Successful Bid and the XSI Bid Amount; and

---

[3] All capitalized terms not herein defined shall have the meaning ascribed to them in the Motion.

    d       Reimbursement of reasonable and necessary expenses incurred by Streambank in connection with its engagement by the Debtor.

Dated: May 6, 2011
       New York, New York

_____
Jack Hazan
Principal, Streambank, LLC

# SCHEDULE 1 TO HAZAN DECLARATION

[List Debtor's Creditors, Directors, Equity Holders and Other Interested Parties]

**Debtor**
XStream Systems, Inc.

**Debtor's Creditors**
Barnes & Thornburg, LLP
Bowne of Atlanta
Cummings and Associates
R David Collin Trust 3/17/99
Waldo Development Inc.
Rosie Adams
Alton Graaf
Alberto Riveria
Peng Wang
Absolute Protection Team
ACC Business
Accountemps
Assurant Employee Benefits
Bank of America Business Card
Computershare
Cysco Webex
Eastern Applied Research, Inc.
Fedex
Florida Department of Revenue
Giddin, Spina & Partners
Great American Leasing Corp.
John Hulseman
IRC Tax Collector
Jones, Foster, Johnson & Stubbs, PA
JPH Development Corp
Light Source Business Systems
Mirion Technologies (GDS), Inc
Ross Peralta
Pitney Bowes Global Financial
Premium Assignment Corp.
Salesforce.com
Sprint
Sycad Solutions, LLC
Vallery Thaw
The Bank of New York Mellon
Trout Group
TUV Rheinland of North America
Unishippers
Windstream
WR Hambrecht + Co., LLC
Swisslog Healthcare Solutions
Eastman Kodak
Kimball Electronics, Inc.
Kimball International, Inc.
The State University of New Jersey (Rutgers)
John F. Huseman

R. David Collin Trust
Thomas Cook
Walter Lovejoy
Geoffrey Stringer
William Jennings
Robert Girling
Michael Haley

**Equity Holders**
52 River Course Associates LLC
Alan Austin Living Trust
James Ancey
Peter Barrett
Debbie & Scott Bell
James Bennett
James Bernhart
Judith M Bracken
Robert Bracken
Jeff Brown
Christie Butler
Mark Butler
Alan Calcagnini
Michael Cantanzaro
Susan M. Carroll
Tom Chu
Joe Coakley
Debi Collins
Edward D. Conroy
Joseph Cornacchia
James Coyne
John Dalton
Alvin Delaire
Carole Delaire
Jane Delaire
Vince Deturris
Dircks Living Trust
Charles Dozier
Ronald H. Dunbar
Dan Durand
John Edison
Dick Fava
Feldman Partners
Doug Frye
Gaylord Brooks Investments
Robert Gibb
Robert Girling
Jack Gruber
Samuel Hayes
John D. & Donna T. Hollenbach
Barry Horne

Maillie Ireland
John H. Isenhour
James W. Ryan
John C. Lightfoot
Julie C. O'Brien
Katz Irrevocable Trust
Andonia and Nikitas Kleopoulos
Steven P. Kleopoulos
Robert Kochem
Frank J. Lincoln
Tracy Lowery Lenehan
Jessica Lowrey
Marianne B. Lowrey Trust
Tom Martz
R. Charles McDonell
Arthur McInerney
Sherry Meader
Michael W. Haley Rev Trust
Richard Moore
Robert Morrissey
Navarro Family Partners
Linda Nelson
Triantafillos Parlapanides
Michael Paterson
Debra Pippines
Robert Poden
Robert A. Prindiville, SEI Private Trust
C.B. Rogers
William Scully
Earl Segerdahl
Rebecca Shealy
Roger Sobkowiak
Sumit Investors of Vero, Ltd.
Survivor Trust of the Lightfoot Revocable Trust
Darren Sylvia
Laurie Teagreen
Ann & Hugh Thompson
Gary Thompson
Hugh Thompson, Jr.
Terry Thompson
Wendy Thompson
William T. Towles
Robert A and Sheila E. Washburn
Ash K. Chawla
Dennis H. Ferro
John R. Murphy
Marianne B. Lowrey Trust dated Nov. 29, 2007 (equity holder)
Mayo Family Recovable Trust
Dr. William E. Mayo
James J. Lowrey 2009 Irrevocable Trust
HLG, LLC
JTW Partners
Lovejoy Family Limited Partnership
Walter Helfrecht

**Executory Contract Parties**
Altec Medical Inc.
Atlantic Biologicals Corp.
CT International, Inc.
Dubin Medical, Inc.
FMC Distributors, Inc.
Great American Lease Corp.
Inter-Tel Leasing, Inc.
J.P.H. Development Corp.
Lake Erie Wholesale Medical Supply, Inc.

**Directors and Officers (including former)**
Brian T. Mayo
Alan Clock
Patricia Ann Earl
Paul Micciche
James J. Lowrey
Anthony R. Chidoni
Simon Irish
Joseph J. Melone
Robert E. Kennedy
Philip A. Odeen
Dennis K. Cummings
Dr. E. Darracott Vaughan, Jr.
Dr. Stuart L. Weinstein
Kim Salibello

**Other Parties**
Gersten Savage LLP
Mark S. Butler
Dr. Ronald B. Gaeta
Dr. William Hamilton
Dr. James D. Henry
John R. Kennedy
Frank Navarro
James A. Wilcox
Catalyst Capital Investment, LLC
H&M Analytical Services, Inc.
JPMorgan Chase NA
Avani International
Greenberg Traurig, P.A.
Katten Muchin Rosenman LLP
McGladrey & Pullen, LLP