EXHIBIT B

[Declaration of Kim Hetzel Salibello]

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re<br><br>XSTREAM SYSTEMS, INC.<br><br>Debtor. | Chapter 11<br><br>Case No. 11-11086 (CSS) |

**DECLARATION OF KIM HETZEL SALIBELLO IN SUPPORT OF MOTION FOR AN ORDER AUTHORIZING AND APPROVING (I) THE DEBTOR'S EMPLOYMENT AND RETENTION OF STREAMBANK, LLC AS INVESTMENT BANKER; (II) THE TERMS OF STREAMBANK LLC'S COMPENSATION; (III) A WAIVER OF LOCAL RULE 2016-2(d); AND (IV) THE PROCEDURES FOR THE SALE OF THE DEBTOR'S PROPERTY**

I, Kim Hetzel Salibello, hereby declare as follows to be true under penalty of perjury:

## I. BACKGROUND

1. I make this declaration in support of the Motion for an Order Authorizing and Approving (I) the Debtor's Employment and Retention of Streambank, LLC as Investment Banker; (II) the Terms of Streambank, LLC's Compensation; (III) A Waiver Of Local Rule 2016-2(D); And (IV) The Procedures For The Sale Of The Debtor's Property (the "Motion")[4].

2. The facts and circumstances described herein are true to the best of my knowledge after due inquiry.

3. I am the Chief Restructuring Officer ("CRO") of XStream Systems, Inc., the debtor herein ("Debtor"). I have been employed in this capacity since March 16, 2011.

4. In my capacity as CRO, I have been responsible for, and I am familiar with, its operations, management and financial records.

---

[4] All capitalized terms not herein defined shall have the meaning ascribed to them in the Motion.

5. Soon after my retention, I commenced a search for an investment banking firm to market and sell the Debtor and/or the Assets. Among the entities I interviewed was Streambank. I selected Streambank to act as investment banker for the Debtor because of its experience in the marketing and sale of intellectual property assets in distressed situations and because Streambank was willing to be retained on financial terms I believe to be reasonable under the circumstances.

6. It is my understanding that the partners, principals and professional staff of Streambank do not have any connections to the Debtor, its creditors, or other parties-in-interest in this chapter 11 case.

Dated: May 9, 2011
New York, New York

_____
Kim Hetzel Salibello