EXHIBIT C

[IB Agreement]

97 Chapel Street
Needham, MA 02492
781-444-4940



May 5, 2011

Kim Salibello
Chief Restructuring Officer
XStream Systems, Inc.
10305 102nd Terrace, Suite 101
Sebastian, FL 32958

Re: Proposal – Asset Disposition Engagement

Dear Ms. Salibello:

This letter sets forth the proposal of Streambank, LLC ("Streambank") to act as your exclusive agent for purposes of marketing and selling substantially all of the assets (the "Assets") of XStream Systems, Inc. ("Company"). Streambank is prepared to immediately commence working on behalf of the Company to sell the Assets subject to the following terms and conditions:

1. Engagement: Streambank shall be engaged as Company's exclusive agent to sell the Assets.

2. Scope of Services: Streambank shall work with Company and its advisors to collect and secure all of the available information and other data concerning the Assets. Streambank shall prepare marketing materials designed to advertise the availability of the Assets for acquisition and shall develop and execute a sales and marketing program designed to elicit proposals to acquire the Assets from qualified purchasers. Streambank shall assist Company in evaluating bids and consummating a transaction with the buyer or buyers who offer the highest consideration for the Assets.

3. Exclusivity: Streambank shall be Company's exclusive agent to market and sell the Assets. Company shall not sell or otherwise assign the Assets except in accordance with the terms of this agreement.

4. Compensation to Streambank: For its efforts, Streambank shall be compensated based on the following commission structure:

    a. Initial Management Fee: An initial Management Fee in the amount of $12,500 shall be paid upon entry of an Order approving Streambank's retention ("Commencement Date").



    b. <u>Monthly Management Fees</u>: A Monthly Management Fee in the amount of $12,500 shall be payable on the 30th day following the Commencement Date and every 30-days thereafter not to exceed $50,000 or four months unless approved by both parties.

    c. <u>Success Fee</u>: Streambank shall be paid a Success Fee equal to 15% of the aggregate consideration (including cash, equity or other forms of consideration) in excess of the amount of the Stalking Horse Bid (hereinafter defined) paid to Company for the sale, license or assignment of the Assets. The Success Fee shall be paid in the same consideration as the winning bid (cash, stock etc) and is due in full immediately upon consummation of any transaction or transactions involving the sale or other assignment of the Assets and the cash portion shall be paid from the proceeds of such transaction(s) notwithstanding any liens or other attachments on the Assets or the gross proceeds thereof.

    d. <u>"Stalking Horse Bid" Defined</u>: The Company is currently considering a stalking horse bid in the approximate amount of $500,000 in the form of a credit bid and cash plus an equity-sharing component of approximately 7.4%. Streambank and the Company will in good faith jointly evaluate the equity portion of the bid for purposes of accepting competing bids, and such value shall be used as the initial baseline for computation of Streambank's Success Fee hereunder. Notwithstanding the value determined, once a competing bid is accepted, it will be deemed to have exceeded the Stalking Horse Bid, thereby qualifying Streambank for a Success Fee hereunder. Streambank and the Debtor will, in good faith, determine the new base valuation and the difference between the winning bid and that base valuation. Once such amount is determined, the Debtor will support Streambank's request for compensation based on that agreed upon valuation. Additionally, the current Stalking Horse Bid value is based on the bid that has been negotiated by the Company. If the Company does not go forward with the current bidder, or if the current bid gets adjusted downward, the parties acknowledge that the base valuation and related tier thresholds will be adjusted accordingly.

5. <u>Expenses</u>: Streambank shall be entitled to reimbursement by Company of its reasonable out of pocket expenses incurred in connection with the provision of services hereunder including advertising and public relations services to promote the sale of the Assets (the "Expenses") up to a maximum aggregate amount of $5,000 providing that any single expense item in excess of $1,000 be approved in advance by the Company. Additionally any expenses in excess of the initial maximum shall be subject to advance approval by the Company. Furthermore, any advertising or public relations services shall be reimbursed to Streambank upon presentation of invoices, or at Streambank's option, shall be paid directly to the service provider.

6. <u>Further Assurances</u>: Streambank and Company shall take such further actions the filing and prosecution of a retention application seeking bankruptcy court approval of the terms of this retention (including, without limitation, authority to pay the Success Fee directly out of sale proceeds at closing), the filing and prosecution of any procedural or substantive motions or pleadings required to approve any proposed sales or assignments of the Assets, and the execution and delivery of any documentation required to effectuate any such sales or assignments.

Please confirm your agreement to engage Streambank on the foregoing terms and conditions by executing this letter on the space provided below. If you have any questions concerning this letter, or the proposed scope of this project, please feel free to call me at (212) 610-5663 or my partner Gabe Fried at (781) 444-4940. Thank you and we look forward to working with you.

Sincerely,
Streambank, LLC

By: _____
Jack Hazan
Principal

Accepted:
Xstream Systems, Inc.

By: _____
Kim Salibello
Chief Restructuring Officer

6. <u>Further Assurances</u>: Streambank and Company shall take such further actions the filing and prosecution of a retention application seeking bankruptcy court approval of the terms of this retention (including, without limitation, authority to pay the Success Fee directly out of sale proceeds at closing), the filing and prosecution of any procedural or substantive motions or pleadings required to approve any proposed sales or assignments of the Assets, and the execution and delivery of any documentation required to effectuate any such sales or assignments.

Please confirm your agreement to engage Streambank on the foregoing terms and conditions by executing this letter on the space provided below. If you have any questions concerning this letter, or the proposed scope of this project, please feel free to call me at (212) 610-5663 or my partner Gabe Fried at (781) 444-4940. Thank you and we look forward to working with you.

Sincerely,
Streambank, LLC

By: _____
Jack Hazan
Principal

Accepted:
Xstream Systems, Inc.

By: _____
Kim Salibello
Chief Restructuring Officer