EXHIBIT D

[XSI APA]

**To be Filed**