# UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF DELAWARE

# Minute Entry

## *Hearing Information:*

| | |
|---:|:---|
| **Debtor:** | XStream Systems, Inc. |
| **Case Number:** | 11-11086-CSS   **Chapter:** 11 |
| **Date / Time / Room:** | TUESDAY, MAY 10, 2011 01:00 PM   CRT#6, 5TH FL. |
| **Bankruptcy Judge:** | CHRISTOPHER S. SONTCHI |
| **Courtroom Clerk:** | DANIELLE GADSON |
| **Reporter / ECR:** | LESLIE MURIN |

## *Matter:*

continued hearing from 5/6/11

**R / M #:**   0 / 0

## *Appearances:*

See sign-in sheet

## *Proceedings:*

Hearing Matters

Hearing held.

Counsel to submit order under certification.