# SIGN - IN - SHEET

**CASE NAME:** Xstream Systems  
**CASE NO:** 11-11086 (CSS)  
**COURTROOM LOCATION:** 6  
**DATE:** 5/10/11 AT 1:00 P.M.

| NAME *telephonic | LAW FIRM OR COMPANY | CLIENT REPRESENTING |
|---|---|---|
| ~~Anthony Chiodoni~~ Simon Irish | ~~Anthony Chiodoni~~ Simon Irish | Anthony Chiodoni Simon Irish |
| Kathy Miller | Smith Katzenstein & Jenkins | Kimball |
| Katharine Mayer | McCarter & English | Rutgers |
| MARIA APRILE SAWCZUK | Stevens + Lee PC | Brian Mayo |
| Olivia Brew | Archer & Greiner | XSJ |
| Paul Bachnuth | Gersten Savage | Debtor |
| Jamie Edmonson | Bayard | Debtor |

**PLEASE PRINT YOUR NAME OR YOUR APPEARANCE MAY NOT BE CORRECTLY NOTED.**