# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| XSTREAM SYSTEMS, INC., | Case No. 11-11086 (CSS) |
| Debtor. | Re: Docket No. 63 |

## AFFIDAVIT OF SERVICE

STATE OF DELAWARE §
§ SS:
NEW CASTLE COUNTY §

Stephanie Breckenridge, being duly sworn according to law, deposes and says that she is employed by Bayard, P.A., proposed co-counsel for the Debtor and Debtor-In-Possession in the above-captioned case, and that on the 13th day of May, 2011, she caused a copy of the **Order (A) Authorizing Debtor to Obtain Interim Post-Petition Financing and Grant Security Interests and Superpriority Administrative Expense Status; (B) Modifying the Automatic Stay; and (C) Scheduling a Final Hearing [Docket No. 63]** to be served upon the attached service list by first class mail.

/s/ Stephanie Breckenridge
Stephanie Breckenridge

*SWORN TO AND SUBSCRIBED* before me, a Notary Public for the State and County aforesaid, on the day and year aforesaid.

Dated: May 16, 2011

/s/ Jeanne T. Carrera
Notary Public

JEANNE T. CARRERA
NOTARY PUBLIC
STATE OF DELAWARE
My commission expires April 28, 2014

{BAY:01805412v1}

Barnes & Thornburg, LLP
11 South Meridian St.
Indianapolis, IN 46204

Bowne of Atlanta
Attn: Dan Pevonka
c/o RR Donnelley
3075 Highland Pkwy
Downers Grove, IL 60515

Chiodoni, Anthony
c/o Robinson & Cole
1055 Washington Boulevard
Stamford, CT 06901-2249

Clock, Alan
740 Champions Close
Alpharetta, GA 30004

Cummings and Associates
One Landmark Square
Suite 1100
Stamford, CT 06901

Cummings, Dennis
9 Morley La.
Darien, CT 06820

Greenberg Traurig
5100 Town Center Circle
Suite 400
Boca Raton, FL 33486

Haley, Michael
12121 West End
North Palm Beach, FL 33408

Irish, Simon
c/o Robinson & Cole
1055 Washington Boulevard
Stamford, CT 06901-2249

Jennings, William
852 Village Road
North Palm Beach, FL 33408

Kennedy, Robert
P.O. Box #1054
Quogue, NY 11959-1054

Micciche, Paul
147 Filbert St.
Sebastian, FL 32958

Lovejoy, Walter
11265 Old Harbour Road
North Palm Beach, FL 33408

R David Collin Trust 3/17/99
579 N.E. Plantation Rd.
Apt. 307
Stuart, FL 34996

Office of the United States Trustee
Attn: David L. Buchbinder
J. Caleb Boggs Federal Building
844 North King Street, Suite 3307
Lockbox #35
Wilmington, DE 19801

Internal Revenue Service
31 Hopkins Plaza
Baltimore, MD 21201

McGladrey & Pullen, LLP
800 N Magnolia Ave, Ste 1700
Orlando, FL 32803-3270

Stringer, Goeffrey
11995 Turtle Beach Road
North Palm Beach, FL 33408

Melone, Joseph
1020 Lake House Drive
North Palm Beach, FL 33408

Waldo Development Inc.
2404 NW 49th Ln.
Boca Raton, FL 33431

Joseph H. Huston, Jr., Esquire
Maria Aprile Sawczuk, Esquire
Stevens & Lee, P.C.
1105 North Market Street, 7th Floor
Wilmington, DE 19801

Meena Untawale, Esquire
McCarter & English, LLP
Four Gateway Center
100 Mulberry Street
Newark, NJ 07102

Kevin T. Lamb, Esquire
Gunster, Yoakley & Stewart, P.A.
777 South Flagler Drive, Suite 500E
West Palm Beach, FL 33401

Kathleen M. Miller, Esquire
Smith, Katzenstein & Jenkins LLP
800 Delaware Avenue, 10th Floor
P.O. Box 410
Wilmington, DE 19899

Kimball International, Inc.
1600 Roal Street
Attn: Donald Charron
Jasper, IN 47549

Brian Mayo
620 Reef Road
Vero Beach, FL 32963

James Rossow, Jr., Esquire
Rubin & Levin
500 Marott Center
342 Massachusetts Avenue
Indianapolis, IN 46204

Charles J. Brown III, Esq.
Archer & Greiner, P.C.
300 Delaware Avenue
Suite 1370
Wilmington, DE 19801

Katharine L. Mayer, Esquire
McCarter & English, LLP
Renaissance Centre
405 North King Street, 8th Floor
Wilmington, DE 19801