# IN THE UNITED STATES BANKRUPTCY COURT
# DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| In re: | : | Chapter 11 |
|  | : |  |
| XSTREAM SYSTEMS, INC., | : | Case No. 11-11086 (CSS) |
|  | : |  |
| Debtors. | : |  |

## NOTICE OF APPEARANCE ON BEHALF OF
## THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS

PLEASE TAKE NOTICE that Perkins Coie LLP and The Rosner Law Group LLC hereby enter their appearance on behalf of the official committee of unsecured creditors (the "Committee") in the above-captioned case. Pursuant to Rules 2002 and 9010(b) of the Federal Rules of Bankruptcy Procedure, the attorneys listed below hereby request that copies of all notices and pleadings given or filed in this case be given and served upon the following persons at the address, facsimile number, or electronic mail addresses set forth below:

Schuyler G. Carroll, Esq.
Shan A. Haider, Esq.
**PERKINS COIE LLP**
30 Rockefeller Plaza, 25th Floor
New York, New York 10112
Telephone: (212) 262-6900
Facsimile: (212) 977-1649
scarroll@perkinscoie.com
shaider@perkinscoie.com

Frederick B. Rosner, Esq. (DE #3995)
Julia B. Klein, Esq. (DE #5198)
**THE ROSNER LAW GROUP LLC**
824 Market Street, Suite 810
Wilmington, DE 19801
Telephone: (302) 777-1111
rosner@teamrosner.com
klein@teamrosner.com

PLEASE TAKE FURTHER NOTICE that, pursuant to section 1109(b) of the Bankruptcy Code, the foregoing demand includes not only the notices and papers referred to in the Bankruptcy Rules specified above but also includes, without limitation, any notice, application, complaint, demand, motion, petition, pleading or request, whether formal or informal, written or

oral, and whether transmitted or conveyed by mail, delivery, electronically, telephone, telegraph, telex or otherwise filed or made with regard to the referenced case and proceedings therein.

PLEASE TAKE FURTHER NOTICE that this Notice of Appearance and any subsequent appearance, pleading, claim, or suit is not intended nor shall it be deemed to waive the Committee's, or its members': (i) right to have final orders in non-core matters entered only after de novo review by a district court judge; (ii) right to trial by jury in any proceedings so triable herein or in any case, controversy or proceeding related hereto; (iii) right to have the reference withdrawn by the United States District Court in any matter subject to mandatory or discretionary withdrawal; (iv) right to make any objection that may be made to jurisdiction of the Court; (v) right to have an attorney accept service of process or of a pleading or other paper initiating a contested matter; or (vi) other rights, claims, actions, defenses, setoffs, or recoupments to which the Committee, or its members, is or may be entitled under agreements, in law, or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments expressly are hereby reserved.

Dated: May 18, 2011
        Wilmington, Delaware

**THE ROSNER LAW GROUP LLC**

*/s/ Frederick Rosner*
Frederick B. Rosner (DE #3995)
Julia B. Klein (DE #5198)
824 Market Street, Suite 810
Wilmington, DE 19801
Telephone: (302) 777-1111
rosner@teamrosner.com
klein@teamrosner.com

-and-

**PERKINS COIE LLP**

Schuyler G. Carroll, Esq.
30 Rockefeller Plaza
25th Floor
New York, New York 10112
Telephone: (212) 262-6900
Facsimile: (212) 977-1649
scarroll@perkinscoie.com

*Proposed Counsel to the Committee of Unsecured Creditors*