# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| XSTREAM SYSTEMS, INC., | Case No. 11-11086 (CSS) |
| Debtor. | Re: Docket No. 5 |

**NOTICE OF WITHDRAWAL OF THE DEBTOR'S MOTION FOR ORDER (A) AUTHORIZING DEBTOR TO OBTAIN INTERIM POST-PETITION FINANCING AND GRANT SECURITY INTERESTS AND SUPERPRIORITY ADMINISTRATIVE EXPENSE STATUS PURSUANT TO 11 U.S.C. §§ 105, 364(c) AND 364(d); (B) MODIFYING THE AUTOMATIC STAY PURSUANT TO 11 U.S.C. § 362; (C) AUTHORIZING DEBTOR TO ENTER INTO AGREEMENTS WITH XSI LLC; AND (D) SCHEDULING A FINAL HEARING PURSUANT TO BANKRUPTCY RULE 4001**

PLEASE TAKE NOTICE that XStream Systems, Inc. (the "Debtor"), by its undersigned counsel, hereby withdraws, without prejudice, the Debtor's Motion for Order (A) Authorizing Debtor to Obtain Interim Post-Petition Financing and Grant Security Interest and Superpriority Administrative Expense Status Pursuant to 11 U.S.C. Sections 105, 346(c) and 364(d); (B) Modifying the Automatic Stay Pursuant to 11 U.S.C. Section 362; (C) Authorizing Debtor to Enter Into Agreements with XSI LLC; and (D) Scheduling a Final Hearing [D.I. 5].

Dated: July 14, 2010
      Wilmington, Delaware

                                  BAYARD, P.A.

                                  */s/ Jamie L. Edmonson*
                                  Jamie L. Edmonson, Esq. (No. 4247)
                                  Daniel A. O'Brien, Esq. (No. 4897)
                                  222 Delaware Avenue, Suite 900
                                  Wilmington, Delaware 19801
                                  Tel: (302) 655-5000
                                  Fax: (302) 658-6395
                                  jedmonson@bayardlaw.com
                                  dobrien@bayardlaw.com
                                            - and -

GERSTEN SAVAGE, LLP
Paul Rachmuth, Esq.
600 Lexington Avenue
New York, New York 10022
Telephone: (212) 752-9700
Facsimile: (212) 980-5192

*Co-counsel for the Debtor and Debtor in Possession*