IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| XSTREAM SYSTEMS, INC., | Case No. 11-11086 (CSS) |
| Debtor. | **Re: Docket Nos. 122 & 123** |

## AFFIDAVIT OF SERVICE

STATE OF DELAWARE §
§ SS:
NEW CASTLE COUNTY §

    Stephanie Breckenridge, being duly sworn according to law, deposes and says that she is employed by Bayard, P.A., co-counsel for the Debtor and Debtor-In-Possession in the above-captioned case, and that on the 14th day of July, 2011, she caused a copy of the following documents to be served upon the attached service list by hand delivery to local parties and overnight mail to all remaining parties.

1. Notice of Withdrawal of the Debtor's Motion for Order (A) Authorizing Debtor to Obtain Interim Post-Petition Financing and Grant Security Interest and Superpriority Administrative Expense Status Pursuant to 11 U.S.C. Sections 105, 346(c) and 364(d); (B) Modifying the Automatic Stay Pursuant to 11 U.S.C. Section 362; (C) Authorizing Debtor to Enter Into Agreements with XSI LLC; and (D) Scheduling a Final Hearing (Docket No. 122); and

2. Amended Notice of Agenda of Matters Scheduled for Hearing on July 15, 2011 at 10:00 a.m. [Hearing Cancelled] (Docket No. 123).

/s/ Stephanie Breckenridge
Stephanie Breckenridge

    *SWORN TO AND SUBSCRIBED* before me, a Notary Public for the State and County aforesaid, on the day and year aforesaid.

Dated: July 14, 2011

/s/ Jeanne T. Carrera
Notary Public

JEANNE T. CARRERA
NOTARY PUBLIC
STATE OF DELAWARE
My commission expires April 28, 2014

{BAY:01846302v1}

Schuyler G. Carroll, Esquire
Shan A. Haider, Esquire
Perkins Coie LLP
30 Rockefeller Plaza, 25th Floor
New York, NY 10112

James Rossow, Jr., Esquire
Rubin & Levin
500 Marott Center
342 Massachusetts Avenue
Indianapolis, IN 46204

Frederick B. Rosner, Esquire
Julia B. Klein, Esquire
The Rosner Law Group LLC
824 Market Street, Suite 810
Wilmington, DE 19801

Meena Untawale, Esquire
McCarter & English, LLP
Four Gateway Center
100 Mulberry Street
Newark, NJ 07102

Office of the United States Trustee
Attn: David L. Buchbinder
J. Caleb Boggs Federal Building
844 North King Street, Suite 3307
Lockbox #35
Wilmington, DE 19801

Kathleen M. Miller, Esquire
Smith, Katzenstein & Jenkins LLP
800 Delaware Avenue, 10th Floor
P.O. Box 410
Wilmington, DE 19899

Joseph H. Huston, Jr., Esquire
Maria Aprile Sawczuk, Esquire
Stevens & Lee, P.C.
1105 North Market Street, 7th Floor
Wilmington, DE 19801

Katharine L. Mayer, Esquire
McCarter & English, LLP
Renaissance Centre
405 North King Street, 8th Floor
Wilmington, DE 19801

Kevin T. Lamb, Esquire
Gunster, Yoakley & Stewart, P.A.
777 South Flagler Drive, Suite 500E
West Palm Beach, FL 33401

Charles J. Brown III, Esq.
Archer & Greiner, P.C.
300 Delaware Avenue
Suite 1370
Wilmington, DE 19801

Chiodoni, Anthony
c/o Robinson & Cole
1055 Washington Boulevard
Stamford, CT 06901-2249

Kimball International, Inc.
1600 Roal Street
Attn: Donald Charron
Jasper, IN 47549

Irish, Simon
c/o Robinson & Cole
1055 Washington Boulevard
Stamford, CT 06901-2249

Internal Revenue Service
31 Hopkins Plaza
Baltimore, MD 21201