# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| XSTREAM SYSTEMS, INC., | Case No. 11-11086 (CSS) |
| Debtor. | |

**NOTICE OF AGENDA OF MATTERS SCHEDULED
FOR HEARING ON AUGUST 10, 2011 AT 10:00 A.M.**

## SALE HEARING/AUCTION:

1. Amended Motion of the Debtor for an Order (I) Approving Bidding Procedures for the Sale of the Debtors Assets, and (II) Scheduling an Auction in Connection With the Sale [Docket No. 89; Filed 6/21/2011].

    *Objection Deadline*: June 28, 2011 at 4:00 p.m. (Extended to June 30, 2011 at 4:00 p.m. for Rutgers, the State University of New Jersey and the Official Committee of Unsecured Creditors).

    *Related Documents*:

    A. Amended Notice of Amended Motion of the Debtor for an Order (I) Approving Bidding Procedures for the Sale of the Debtors Assets, and (II) Scheduling an Auction in Connection With the Sale [Docket No. 92; Filed 6/24/2011];

    B. Notice of Filing of Confidentiality and Nondisclosure Agreement to Exhibit B of Amended Motion of the Debtor for an Order (I) Approving Bidding Procedures for the Sale of the Debtors Assets, and (II) Scheduling an Auction in Connection With the Sale [Docket No. 94; Filed 6/24/2011];

    C. Notice of Adjournment of Hearing Scheduled for July 7, 2011 at 12:00 p.m. [Docket No. 113; Filed 7/7/2011];

    D. Certification of Counsel Regarding Order Granting Amended Motion of the Debtor for an Order (I) Approving Bidding Procedures for the Sale of the Debtor's Assets, and (II) Scheduling an Auction in Connection With the Sale [Docket No. 114; Filed 7/8/2011];

E. Order Granting Amended Motion of the Debtor for an Order (I) Approving Bidding Procedures for the Sale of the Debtor's Assets, and (II) Scheduling an Auction in Connection With the Sale [Docket No. 115; Filed 7/8/2011];

F. Notice of Cure Amounts With Respect to Executory Contracts and/or Unexpired Leases to be Assumed and Assigned [Docket No. 128; Filed 7/15/2011]; and

G. Motion of the Official Committee of Unsecured Creditors Seeking an Order (I) Prohibiting XSI LLC from Credit Bidding; (II) Disallowing and Expunging All Claims Asserted by XSI LLC; (III) Avoiding Lien Asserted by XSI LLC; (IV) Compelling XSI LLC to Pay Damages for Failing to Comply With its Obligations and (V) Surcharging XSI LLC's Asserted Liens Under Section 506(C) [Docket No. 138; Filed 8/6/2011].

*Responses Received*:

A. Objection to Motion of the Debtor for an Order (I) Approving Bidding Procedures for the Sale of the Debtor's Assets, and (II) Scheduling an Auction in Connection With the Sale filed by Kimball International, Inc. [Docket No. 97; Filed 6/28/2011];

B. Limited Objection of Rutgers, the University of the State of New Jersey to Amended Motion of the Debtor for an Order (I) Approving Bidding Procedures for the Sale of the Debtors Assets, and (II) Scheduling an Auction in Connection With the Sale [Docket No. 104; Filed 6/30/2011]; and

C. Combined Objection of the Official Committee of Unsecured Creditors (A) to the Amended Motion of the Debtor for an Order (I) Approving Bidding Procedures for the Sale of the Debtor's Assets, (II) Scheduling an Auction in Connection with the Sale, and (B) Authorizing the Debtor to Obtain Postpetition Financing on a Final Basis [Docket No. 105; Filed 6/30/2011].

*Status*: This matter is going forward with respect to the sale motion.

## CONTESTED MATTER GOING FORWARD:

2. Kimball International, Inc. and Kimball Electronics, Inc.'s Motion for Relief from Automatic Stay and for Abandonment [Docket No. 126; Filed 7/15/2011].

   *Objection Deadline*: August 1, 2011 at 4:00 p.m.

   *Related Documents*: None.

   *Response Received*:

   A. Joint Objection/Request for Adjournment of Kimball's Motion for Relief From Automatic Stay and Abandonment [Docket No. 134; Filed 8/1/2011].

   *Reply Received*:

   B. Kimball's Reply In Support Of Its Motion For Relief From Stay And For Abandonment [Docket No. 137; Filed 8/5/2011]

   *Status*: This matter is going forward.

Dated: August 8, 2011  
Wilmington, Delaware

BAYARD, P.A.

*/s/ Jamie L. Edmonson*  
Jamie L. Edmonson (No. 4247)  
Daniel A. O'Brien (No.4897)  
222 Delaware Avenue, Suite 900  
Wilmington, Delaware 19801  
Telephone: (302) 655-5000  
Facsimile: (302) 658-6395  
jedmonson@bayardlaw.com  
dobrien@bayardlaw.com

- and -

GERSTEN SAVAGE LLP  
Paul Rachmuth, Esq.  
600 Lexington Avenue  
New York, New York 10022-6018  
Telephone: (212) 752-9700  
Facsimile: (212) 980-5192  
prachmuth@gerstensavage.com

*Counsel to the Debtor  
and Debtor-in-Possession*