# UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF DELAWARE

# Minute Entry

## Hearing Information:

|  |  |  |  |
|---|---|---|---|
| **Debtor:** | XStream Systems, Inc. | | |
| **Case Number:** | 11-11086-CSS | **Chapter:** | 11 |
| **Date / Time / Room:** | WEDNESDAY, AUGUST 10, 2011 10:00 AM  CRT#6, 5TH FL. | | |
| **Bankruptcy Judge:** | CHRISTOPHER S. SONTCHI | | |
| **Courtroom Clerk:** | DANIELLE GADSON | | |
| **Reporter / ECR:** | LESLIE MURIN | | |

## Matter:

Special Hearing

**R / M #:**  0 / 0

## Appearances:

See sign-in sheet

## Proceedings:

Hearing Matters

Judge Gross held hearing.