# SIGN - IN - SHEET

**CASE NAME:** XStream Systems  
**CASE NO:** 11-11086 (CSS)  
**COURTROOM LOCATION:** 6  
**DATE:** 8/10/11 AT 10:00 A.M.

| NAME | LAW FIRM OR COMPANY | CLIENT REPRESENTING |
|---|---|---|
| Kevin Lamb *telephonic | Gunster Yoakley & Stewart | Brian Mayo / Vevacity (Proposed Buyer) |
| Joseph H. Huston, Jr. | Stevens & Lee | " |
| Kathy Miller | Smith Katzenstein Jenkins | Kimball |
| Katherine Mayer | McCarter English | Rutgers |
| Julie Klein | BLG | Committee |
| Paul Rachmuth | Gersten Savage | Debtor |
| Jamie Edmonson | Bayard | " |
| Charlie Brown | Archer & Greiner | XSI LLC |
| David L. Buchbinder | USTP/DOJ | UST |
| Schuyler Carroll | Perkins Coie | Committee |

PLEASE PRINT YOUR NAME OR YOUR APPEARANCE MAY NOT BE CORRECTLY NOTED.